# Exhibit 1



Pricing     Solutions     Our Data     Resources     Login     Free Trial

# At ZoomInfo, it's our business to grow yours. Find out how.

Free Trial





# About Us

For over a decade, ZoomInfo has helped companies achieve their most important objective: profitable growth. Backed by the world's most comprehensive B2B database, our platform puts sales and marketing professionals in position to identify, connect, and engage with qualified prospects.

OUR MISSION

Our mission is to provide every company with a 360-degree view of their ideal customer, empowering each phase of their go-to-market strategy and driving their ability to hit their number.

## Overview



ZoomInfo

**Company Headquarters**

📍 805 Broadway Ste. 900, Vancouver,
Washington, 98660, United States

📞 (360) 718-5630

🌐 www.zoominfo.com

👥 1,006

ℹ️ Company ID: 344589814

💲 $300 Million

f 20,414 followers

🐦 14,700 followers

**Description**

Built over 20 years, ZoomInfo Powered by DiscoverOrg has
become the go-to-market standard for over 13,500 companies
worldwide. Designed to be the single source of B2B data truth, the
ZoomInfo platform offers best-in-class technology paired with
unrivaled data coverage, accuracy and depth of contacts,
companies, and opportunities essential for empowering sales,
marketing and recruiting professionals to hit their numbers.

Deeply embedded into business workflows and technology stacks
- including integrations with the leading CRM, Sales Engagement,
Marketing Automation and Talent Management applications -
ZoomInfo is capable of delivering more predictable, accelerated
and sustainable growth than any stand-alone solution.

**Company Codes**

SIC Codes    7371, 8999, 7375, 7389, 7372, 2741, 731

NAICS Codes    519130, 541613, 511210, 519190, 541511, 517110, 5418, 5182

# Employees



# News



## ZoomInfo in the News

### DiscoverOrg and ZoomInfo Appoint Alyssa Lahar as Chief Human Resources Officer

New addition of experienced HR leader shows strong commitment to organizational management and performance for the newly combined entity 

📅 Aug 27, 2019  |  🌐 www.globenewswire.com      `People`

### DiscoverOrg and ZoomInfo Honored on Inc. 5000 List for Relentless Focus on Customer Growth through Data Precision

Recognized for Their Unmatched, Industry-Leading Sales and Marketing Intelligence Platforms Recognized for Their Unmatched, Industry-Leading Sales and Marketing Intelligence Platforms

📅 Aug 14, 2019  |  🌐 www.globenewswire.com      `General - Press Release`

### User Reviews Place DiscoverOrg and ZoomInfo at the Top in G2 Crowd's Summer Sales & Marketing Intelligence Reports

VANCOUVER, Wash.--(BUSINESS WIRE)--#DataIntelligence--DiscoverOrg's market-leading sales and marketing intelligence platforms, DiscoverOrg and ZoomInfo, topped the rankings in multiple categories in G2 Crowd's Summer 2019 Grid Reports for Sales Intelligence, Market Intelligence, and Marketing Account Intelligence. Together, the platforms were honored with 17 top-3 category...

📅 Jun 25, 2019  |  🌐 www.businesswire.com      `General - Press Release`

### DiscoverOrg and ZoomInfo Launch Data Enrichment Product to Power Better Business Decisions

Enrich Makes All Sales and Marketing Databases More Complete and Accurate Enrich Makes All Sales and Marketing Databases More Complete and Accurate

📅 May 7, 2019  |  🌐 www.globenewswire.com      `General - Press Release`

# Org Charts



AWARDS



See More →



Pricing     Solutions     Our Data     Resources     Login     Free Trial

LEADERSHIP

# Learn more about ZoomInfo's Executive Leadership Team and Board Members

Learn more  ➔



Pricing   Solutions   Our Data   Resources   Login   Free Trial

WHAT ANALYSTS ARE SAYING

"ZoomInfo powered by DiscoverOrg, is well placed to challenge LinkedIn Sales Navigator as the largest sales intelligence service in North America."

**Michael Levy**
Principal, GZ Consulting

# Why Our Customers Love Us



Pricing    Solutions    Our Data    Resources    Login    Free Trial

**WORKPLACE AWARDS**

# ZoomInfo is recognized by many organizations as a great place to work. Learn more about the culture at ZoomInfo and why our employees love it here!

Join Our Team →







ACQUISITIONS

# ZoomInfo acquires technologies that help us deliver even more value to our customers and shareholders

Learn More ➜





SECURITY COMPLIANCE

We make use of globally recognized security and privacy frameworks to base our risk and compliance program on. We then engage third party certified auditors to validate our security and privacy and provide us with reports and certificates that represent our compliance.





Pricing     Solutions     Our Data     Resources     Login     Free Trial

# Get your free trial today

Name

Business Email

Direct Phone

Free Trial

By submitting this form, you are agreeing to ZoomInfo's Privacy Policy and Terms of Service.

1

**zoominfo**

Pricing    Solutions    Our Data    Resources    Login    Free Trial

**POPULAR FEATURES**

Sales Solutions

Marketing Solutions

Company Contact Search

Buyer Intent Data

CRM Lead Enrichment

**COMPANY**

About Us

Our Leadership

Investor Relations

FAQs

Careers

Contact Us

**B2B DATABASE**

Our Data

Data Transparency

Update Your Company

Claim Profile

Browse Directories

**MORE RESOURCES**

ZoomInfo Videos

Newsroom

Engineering Blog

COVID-19 Newsfeed

Recipes for Success

Privacy Center

Login

866.904.9666

1



Cookies

Status

Do Not Sell My Personal Information

1