# Exhibit 2



Pricing  Solutions  Our Data  Resources  Login  Free Trial

# Information without innovation is *just* data.

Here at ZoomInfo, our data is what sets us apart — but only because we've built the technological infrastructure to support the ever changing needs of the market while staying GDPR compliant.

Free Trial

## A New Standard in B2B Intelligence

### 100M+
Contact Record Events Daily

Our massive, growing network of voluntary contributors are always adding new information and validating the accuracy of our database.

### 38M+



 Pricing    Solutions    Our Data    Resources    Login    Free Trial

Our platform employs automated machine learning to constantly scan corporate websites, news article, SEC filings, job postings, and other sources for information about industries, locations, revenue, and more.

# 300+
## Human Research and Verification

Our human research and development team verifies algorithm performance, enhances information about contacts, funding, and conferences, and unearths inside information about companies that can help sales teams get ahead of prospective buyers.

Learn about Community Edition Data →

# 5
## Third-Party Expert Partners

Trusted, third-party sources supplement automated data aggregation to glean information from public companies, merger and acquisition activity, government data sources, and social media feeds.

Learn about ZoomInfo's data sources →



Pricing   Solutions   Our Data   Resources   Login   Free Trial

QUALITY. DEPTH. COVERAGE.

# We provide the precise data you need to reach your next customer.

Convert your next lead, and close your next deal— without having to sift through irrelevant or unnecessary data points.

**Enhance**

**Company Attributes**

 Pricing | Solutions | Our Data | Resources | Login | Free Trial

**Scoops**

**News Alerts**

**Location**



Pricing    Solutions    Our Data    Resources    Login    Free Trial

ARTIFICIAL INTELLIGENCE AND MACHINE LEARNING

We use cutting edge AI/ML technologies to help GTM teams stay laser-focused on the right markets and best opportunities to hit their number.

The world's leading business database



Pricing   Solutions   Our Data   Resources   Login   Free Trial

Company Profiles   Direct Dials



## 100M+
Direct Emails

## 4.3M+
C-Level Contacts

# Get your free trial today

Full Name

Business Email

Direct Phone

Job Title

 Pricing    Solutions    Our Data    Resources    Login    Free Trial

By submitting this form, you are agreeing to ZoomInfo's Privacy Policy and Terms of Service.

Free Trial

POPULAR FEATURES

Sales Solutions

Marketing Solutions

Company Contact Search

Buyer Intent Data

CRM Lead Enrichment

COMPANY

About Us

Our Leadership

Investor Relations

FAQs

Careers

Contact Us

B2B DATABASE

Our Data

Data Transparency

MORE RESOURCES

ZoomInfo Videos

Newsroom

Engineering Blog



Pricing  Solutions  Our Data  Resources  Login  Free Trial

Browse Directories

Recipes for Success

Privacy Center

Login

866.904.9666

© 2021 ZoomInfo Technologies LLC

Privacy Policy

Terms of Use

Cookies

Status

Do Not Sell My Personal Information