IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSELYN RAMOS, individually and on behalf of all other similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>ZOOMINFO TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 21-cv-02032<br><br>Hon. Charles P. Kocoras |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

Plaintiff Joselyn Ramos and Defendant ZoomInfo Technologies, LLC ("ZoomInfo") hereby submit this Joint Motion for a 30-day extension of the fact discovery deadline in this case. This is the parties' first request for extension in this case, and they do not anticipate needing a further extension.

Pursuant to this Court's Minute Entry from January 24, 2022 (ECF 31), fact discovery in this matter is scheduled to end on August 26, 2022. While Plaintiff and Defendant have been working toward completing discovery by this deadline, ZoomInfo recently experienced a delay due to the ongoing COVID-19 pandemic.

Accordingly, Plaintiff and Defendant respectfully request that the Court extend the deadline to complete fact discovery in this case by 30 days, to September 26, 2022. This short extension will provide the parties time to complete the necessary discovery in this case.

                                                          Respectfully Submitted,

Dated: June 1, 2022                        */s/ Michael W. Ovca*

                                                  Benjamin H. Richman
                                                  Ari J. Scharg
                                                  Benjamin S. Thomassen
                                                  Albert J. Plawinski
                                                  Michael W. Ovca
                                                  Schuyler R. Ufkes
                                                  EDELSON PC
                                                  350 North LaSalle Street, 14th Floor
                                                  Chicago, Illinois 60654
                                                  Tel: (312) 589-6370
                                                  Fax: (312) 589-6378
                                                  brichman@edelson.com
                                                  ascharg@edelson.com
                                                  bthomassen@edelson.com
                                                  aplawinski@edelson.com
                                                  movca@edelson.com
                                                  sufkes@edelson.com

                                                  Philip L. Fraietta
                                                  BURSOR & FISHER, P.A.
                                                  888 Seventh Avenue
                                                  New York, NY 10019
                                                  Telephone: (646) 837-7150
                                                  Fax: (212) 989-9163
                                                  pfraietta@bursor.com

                                                 *Attorneys for Plaintiff and the Class*

                                                */s/ Martin L. Roth*

                                                 Martin L. Roth
                                                 William E. Arnault
                                                 Rachel B. Haig
                                                 Kirkland & Ellis LLP
                                                 300 N. LaSalle Chicago, IL 60654
                                                 Telephone: (312) 862-2000
                                                 Fax: (312) 862-2200
                                                 rothm@kirkland.com
                                                 warnault@kirkland.com
                                                 rachel.haig@kirkland.com

                                                 *Attorneys for ZoomInfo Technologies, LLC*