# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSELYN RAMOS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 21-cv-02032<br><br>Honorable Charles P. Kocoras |

## JOINT MOTION TO STAY CASE PENDING MEDIATION

Plaintiff Joselyn Ramos ("Plaintiff") and Defendant ZoomInfo Technologies, LLC ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion to Stay Case Pending Mediation, and state as follows:

1. This is a putative class action lawsuit brought under the Illinois Right of Publicity Act, 765 ILCS 1075/1, *et seq.* (the "IRPA"), alleging that Defendant violated IRPA by including information about Plaintiff in its database of business contact information. There are two fully briefed motions pending before this Court. First, Plaintiff filed her motion for class certification on June 8, 2023. (Dkts. 59, 60.) Defendant filed its opposition to the motion on August 7, 2023, and Plaintiff filed her reply in support of the motion on September 29, 2023. (*See* dkts. 66, 77.) Second, Plaintiff filed her Motion to Strike Hitt Report on September 29, 2023. (Dkt. 79.) Defendant filed its opposition on October 20, 2023, and Plaintiff filed her reply on November 3, 2023. (*See* dkts. 86, 87.) "Fact discovery" closed on May 4, 2023, (dkt. 56), and there are no other pending deadlines before the Court.

2. Plaintiff and Defendant have engaged in productive settlement discussions over the last several months, which culminated in the Parties retaining a third-party neutral, Judge

1

James F. Holderman (ret.) of JAMS, to act as a mediator. A full-day mediation with Judge Holderman is scheduled for February 16, 2024, the earliest available date he had that worked for all Parties.

3. To allow the Parties time to conduct their mediation without unnecessarily draining the Court's resources, the Parties respectfully request that the Court stay this action. In addition to allowing the Parties to focus on their settlement efforts, this will save the Court from having to consider the fully briefed motion for class certification and motion to strike that may be moot in the event the parties settle. In the event that the Parties do not reach a settlement, the Court may consider the Parties' pending motions at that juncture.

4. The Parties propose that they file a status report within twenty-one (21) days of the mediation suggesting next steps in the case.

5. "The Court has inherent power to control its docket; incidental to its power to 'control the disposition of the causes on its docket with economy of time and effort' is the power to stay proceedings." *Advanced Dermatology v. Fieldwork, Inc.*, 550 F. Supp. 3d 555, 570 (N.D. Ill. 2021) (quoting *Fauley v. Heska Corp.*, 112 F. Supp. 3d 775, 779 (N.D. Ill. 2015)). The Parties respectfully suggest that a stay here promotes this aim and will most efficiently allow for the Parties to consider whether there is a possible settlement in this case.

WHEREFORE, the Parties respectfully request that the Court enter an order: (i) staying this case, (ii) setting a joint status report as due within twenty-one (21) days of the mediation, and (iii) ordering such other and further relief that the Court deems reasonable and just.

Respectfully Submitted,

**JOSELYN RAMOS,** individually and on behalf of all others similarly situated,

Dated: January 10, 2024                By: /s/ Michael Ovca

|  |  |
|---|---|
|  | One of Plaintiff's Attorneys |
|  | Benjamin H. Richman<br>brichman@edelson.com<br>Ari J. Scharg<br>ascharg@edelson.com<br>J. Eli Wade-Scott<br>ewadescott@edelson.com<br>Michael W. Ovca<br>movca@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |
|  | Philip L. Fraietta<br>pfraietta@bursor.com<br>BURSOR & FISHER, P.A.<br>1330 Avenue of the Americas, 32nd Floor<br>New York, New York 10019<br>Tel: 646.837.7150 |
|  | *Attorneys for Plaintiff and the Class* |
| Dated: January 10, 2024 | By: /s/ Martin Roth (with authorization) |
|  | Martin L. Roth<br>William E. Arnault<br>Rachel B. Haig<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Fax: (312) 862-2200<br>rothm@kirkland.com<br>warnault@kirkland.com<br>rachel.haig@kirkland.com |
|  | *Attorneys for ZoomInfo Technologies, LLC* |