## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSELYN RAMOS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>    *Defendant*. | Case No. 21-cv-02032<br><br>Honorable Charles P. Kocoras |

## NOTICE OF MOTION

TO: Counsel of Record.

 **PLEASE TAKE NOTICE** that on Thursday, January 18, 2024, at 9:50 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear telephonically before the Honorable Charles P. Kocoras, or any judge sitting in his stead in Courtroom 1801 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present ***Parties' Joint Motion to Stay Case Pending Mediation***, a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

       Respectfully Submitted,

       **JOSELYN RAMOS,** individually and on behalf of
       all others similarly situated,

Dated: January 10, 2024    By: /s/ Michael Ovca
           One of Plaintiff's Attorneys

       Benjamin H. Richman
       brichman@edelson.com
       Ari J. Scharg
       ascharg@edelson.com
       J. Eli Wade-Scott
       ewadescott@edelson.com
       Michael W. Ovca
       movca@edelson.com
       EDELSON PC
       350 North LaSalle Street, 14th Floor

Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Philip L. Fraietta
pfraietta@bursor.com
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150

*Attorneys for Plaintiff and the Class*