# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joselyn Ramos, et al.
                              Plaintiff,

v.                                                               Case No.: 1:21−cv−02032
                                                                    Honorable Charles P. Kocoras

ZoomInfo Technologies, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 11, 2024:

      MINUTE entry before the Honorable Charles P. Kocoras: Joint Motion to Stay Case Pending Mediation [89] is granted. This matter, including consideration of the pending motion for class certification [60] and motion to strike [79], is stayed pending the outcome of the mediation. The parties shall file a joint status report within twenty−one (21) of the mediation suggesting next steps in the case. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.