IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSELYN RAMOS, KAITLIN BROOKS, CARL FLORIAN, and FRANCIS LAURITZEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 21-cv-02032<br><br>Honorable Charles P. Kocoras |

### **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND FILING DEADLINES**

Plaintiffs Joselyn Ramos, Kaitlin Brooks, Carl Florian, and Francis Lauritzen ("Plaintiffs"), without opposition from Defendant ZoomInfo Technologies, LLC ("Defendant"), respectfully move the Court to enter an Order extending Plaintiffs' deadline to file their forthcoming Motion for Preliminary Approval of Class Action Settlement. In support of this Motion, Plaintiffs state as follows:

1. The Parties reported that they reached a settlement-in-principle of this matter following a mediation with the Hon. James F. Holderman (Ret.) of JAMS. (Dkt. 92.) After obtaining leave from the Court, Plaintiffs filed their Second Amended Complaint to include representatives for all proposed settlement classes whose claims would be resolved by the forthcoming settlement. (Dkt. 99.) Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is currently due on May 8, 2024. (Dkt. 95.)

2. Since filing the Second Amended Complaint, Plaintiffs' counsel has continued to confer with Defendants' counsel regarding the status of certain confirmatory discovery—including Defendant's ongoing compilation of information into the final class list for notice

1

purposes—to be completed in advance of the filing for preliminary approval. Defendant's counsel has represented that the outstanding information will be provided on or before May 24, 2024.

3. Plaintiffs therefore seek to extend their preliminary approval filing deadline until seven days after that date, to May 31, 2024, which will allow Plaintiffs to review and account for this confirmatory discovery in their preliminary approval filing.

4. Plaintiffs respectfully submit that good cause exists to grant this unopposed motion, and that it is not being sought for any improper purpose. Instead, Plaintiffs are seeking this extension so that (i) Defendant can finish gathering and providing relevant confirmatory discovery as called for in the settlement, and (ii) Plaintiffs may incorporate such information into their preliminary approval motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order setting May 31, 2024 as the deadline for Plaintiffs to file their motion for and memorandum in support of preliminary approval of the forthcoming settlement; and (ii) ordering such further and additional relief as the Court deems reasonable and just.

Respectfully Submitted,

**JOSELYN RAMOS**, **KAITLIN BROOKS**, **CARL FLORIAN**, and **FRANCIS LAURITZEN**, individually and on behalf of all others similarly situated,

Dated: May 2, 2024

By: /s/ Michael Ovca
One of Plaintiffs' Attorneys

Benjamin H. Richman
brichman@edelson.com
Ari J. Scharg
ascharg@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com

Michael W. Ovca
movca@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Philip L. Fraietta
pfraietta@bursor.com
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150

*Attorneys for Plaintiffs and the Class*