# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JOSELYN RAMOS, KAITLIN BROOKS, CARL FLORIAN, and FRANCIS LAURITZEN, individually and on behalf of all others similarly situated, | Case No.: 21-cv-02032 |
| *Plaintiffs*, | Honorable Charles P. Kocoras |
| v. | |
| ZOOMINFO TECHNOLOGIES, LLC, a Delaware limited liability company, | |
| *Defendants*. | |

**DECLARATION OF JULIE MEICHSNER**
**OF SIMPLURIS, INC. IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT**

I, Julie Meichsner, hereby declare:

1.      I am the Vice President of Legal Notice at Simpluris, Inc. ("Simpluris"), the court-appointed Settlement Administrator in the above-captioned case, whose principal office is located at 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself.

2.      I have an extensive background in legal marketing, and co-lead Simpluris' legal noticing team. I have developed and overseen, in whole or in part, hundreds of notice programs and administrations for federal and state courts. I am personally familiar with the details outlined here and believe them to be accurate and true.

3.      Simpluris has been executing notice plans and administering class action settlements since 2007. In that time, we have been appointed in over 9,000 cases and distributed over $8 billion in funds. Our leadership team has over 100 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re:*

DECLARATION OF JULIE MEICHSNER IN SUPPORT OF FINAL APPROVAL OF
SETTLEMENT

*Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.). Additional representative cases include *Eisenberg v. Confi-Chek, Inc*., Case No. 2021-CH-05599; *Gaul et al. v. CheckPeople, LLC*, Case No. 21-cv-01313; *In re: Ambry Genetics Data Breach Litigation*, Case No. 8:20-cv-00791 (C.D. Cal.); *Orellana v. Planned Parenthood of Los Angeles*, Case No. 21STCV44106, Cal. Sup. Ct. (Los Angeles); *Cordova et al v. United Education Institute et al*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp*., Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc*., Case No. C-03-CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

4.     Simpluris was appointed as the Settlement Administrator to provide notification and settlement administration services in accordance with the Class Action Settlement Agreement (the "Settlement Agreement") filed with the Court on May 31, 2024, in connection with the *Ramos, et al. v. ZoomInfo Technologies, LLC,* Case No. 21-cv-02032, matter referred to herein as the "Settlement."[1] Simpluris' duties in this Settlement have and will include: (a) receiving and analyzing the class member data (the "Class List"); (b) establishing a post office box for the receipt of general mail and correspondence; (c) creating a website that allows individuals to submit Claim Forms online; (d) establishing an email address to receive class member inquiries; (e) establishing a toll-free number with an Interactive Voice Response ("IVR") system and voicemail support, with

---

[1] Except as otherwise indicated, all defined terms used in this declaration shall have the same meanings ascribed to them in the Settlement Agreement.

DECLARATION OF JULIE MEICHSNER IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT

live agent response; (f) preparing and sending Notice via U.S. Mail; (g) preparing and sending Notice via email; (h) receiving and processing Notices returned as undeliverable with a forwarding address and resending such Notices; (i) processing Notices returned as undeliverable as addressed with no forwarding address, performing a skip trace in search of a new address, and resending Notices for which a new address is obtained; (j) receiving and processing any opt-outs and objections; (k) receiving and processing Claim Forms; and (l) such other tasks as counsel for the Parties or the Court orders Simpluris to perform.

5.     Class List: On or about May 24, 2024, Simpluris received four (4) data files in Excel format organized by Settlement Classes. On or about June 6, 2024, Simpluris received supplemental data files in Excel format organized by Settlement Classes, which contained names, email addresses, and employers' addresses. Per Defense Counsel, the employers' addresses were not to be used as mailing addresses but to assist with locating additional contact information.  On or about June 25, 2024, Simpluris performed a reverse look up on the name, email addresses, and employers' addresses, where applicable, of each Settlement Class Member to find mailing addresses for Settlement Class Members. Thereafter, Simpluris "scrubbed" the data to ensure it was in proper format for distributing the Notice via U.S. Mail. In an effort to ensure that the Notice would be delivered to members, Simpluris compared the address data against the United States Postal Service ("USPS") National Change of Address ("NCOA") database and updated the data with the changes received from NCOA.

6.     After processing the class data, 1,044,512 records were confirmed to be the full Settlement Class List, distributed between Settlement Classes as follows:

DECLARATION OF JULIE MEICHSNER IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT

| Settlement Class | Settlement Class Member Count |
|---|---|
| California | 632,383 |
| Illinois | 389,862 |
| Indiana | 15,447 |
| Nevada | 6,820 |
| **Total** | **1,044,512** |

7.     <u>Post Office Box</u>: On or about June 7, 2024, Simpluris obtained a post office box with the mailing address *Ramos et al. v. ZoomInfo Technologies, LLC*, P.O. Box 25188, Santa Ana, California 92799, in order to receive completed paper Claim Forms, requests for exclusion, objections to the Settlement, and correspondence from Settlement Class Members.

8.     <u>Toll-Free Number</u>: On or about June 7, 2024, Simpluris established and is still maintaining the toll-free number of 866-602-7871 for individuals to call and obtain additional information regarding the Settlement utilizing an automated IVR. Callers have the option to leave a voicemail for a return call by a live agent. As of November 4, 2024, the toll-free line has received 1,054 calls.

9.     <u>Settlement Website</u>: On or about July 10, 2024, Simpluris published and since such date has been hosting a dedicated website at www.ZoomInfoRightofPublicitySettlement.com (the "Settlement Website"). The Settlement Website contains a summary of the Settlement; important dates and deadlines, such as the Claims Deadline, Objection/Exclusion Deadline, and the Final Approval Hearing date; and answers to frequently asked questions. It also offers the Long Form Notice, and the capability to electronically submit a Claim Form. Attached hereto as **Exhibits A – B** are true and correct copies of the Long Form Notice and the website Claim Form, respectively. During the claim submission period, Settlement Class Members were able to log in and submit a Claim Form using the Notice ID and PIN provided in mailed and emailed Notices. Settlement

DECLARATION OF JULIE MEICHSNER IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT

Class Members also had the option to submit a non-login Claim Form that did not require a Notice ID, but did require that the individual provide contact information that was found to be associated with a Settlement Class Member. The online Claim Form also allowed Settlement Class Members to select the method by which they wish to receive their settlement payment: via Venmo, Zelle, or check. Finally, the Settlement Website contains relevant case documents including the Class Action Complaint, Class Action Settlement Agreement; Plaintiff's Motion for and Memorandum in Support of Preliminary Approval of the Class Action Settlement; the Order Preliminarily Approving Class Action Settlement; Plaintiff's Motion and Memorandum of Law in Support of Attorneys' Fees, Expenses, and Incentive Award; and the Order Granting Plaintiffs' Unopposed Motion to Modify Certain Dates in Preliminary Approval Order.

10. <u>Email Address</u>: On or about June 17, 2024, Simpluris established a dedicated email address, info@zoominforightofpublicitysettlement.com, as an alternative method for Settlement Class Members to submit requests for exclusion and correspondence to Simpluris.

11. <u>Email Notice</u>: On or about June 6, 2024, Simpluris received from counsel Microsoft Word versions of Exhibits C – F of the Settlement Agreement ("Email Notice") to be emailed to Settlement Class Members. Simpluris prepared and formatted drafts of the Email Notices, which counsel reviewed and approved. True and correct copies of the finalized Email Notices for the California Settlement Class, Illinois Settlement Class, Indiana Settlement Class, and Nevada Settlement Class are attached hereto as **Exhibits C – F,** respectively**.**

12. On July 10, 2024, Simpluris sent Email Notices to the Settlement Class Members. Simpluris sent reminder Email Notices on August 2, 2024 and September 4, 2024. After accounting for emails that "bounced-back," an Email Notice was successfully delivered to at least one email address for hundreds of thousands of Settlement Class Members.

DECLARATION OF JULIE MEICHSNER IN SUPPORT OF FINAL APPROVAL OF
SETTLEMENT

13.    <u>Mailed Notice</u>: On or about June 6, 2024, Simpluris received from counsel Microsoft Word versions of Exhibits G – J of the Settlement Agreement ("Postcard Notice"). Simpluris prepared and formatted drafts of the Postcard Notices, which counsel reviewed and approved. True and correct copies of the finalized California Postcard Notice, Illinois Postcard Notice, Indiana Postcard Notice, and Nevada Postcard Notice are attached hereto as **Exhibits G – J**, respectively.

14.    On October 11, 2023, Simpluris caused the mailing of the Postcard Notices with a detachable, postage prepaid Claim Form to all Settlement Class Members whom a valid mailing address was located through our reverse lookup efforts. For Postcard Notices returned by the USPS as undeliverable and with no forwarding address, Simpluris submitted the addresses through an additional skip-trace process to search for updated addresses. If a new address was found, Simpluris re-mailed the Notice; if no additional address was available, the mailing was deemed undeliverable. This initial Postcard Notice campaign was successfully delivered to tens of thousands of Settlement Class Members.

15.    <u>Supplemental Class List Data</u>: On August 16, 2024, counsel for Defendant provided supplemental data which included LinkedIn URLs, phone numbers, and/or job titles for some Settlement Class Members. On or about September 6, 2024, Simpluris utilized the supplemental data to perform additional skip-trace efforts to obtain new mailing addresses and/or email addresses. The results of the skip-trace efforts are as follows:

| Settlement Class | New Mailing Addresses | New Valid Emails |
|---|---|---|
| California | 116,443 | 134,207 |
| Illinois | 62,148 | 71,452 |
| Indiana | 2,732 | 2,934 |
| Nevada | 881 | 971 |

DECLARATION OF JULIE MEICHSNER IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT

| Total | 182,204 | 209,564 |
|---|---|---|

16. <u>Supplemental Email Notice</u>: Pursuant to the Order Granting Joint Motion to Further Modify Certain Dates in the Preliminary Approval Order, Simpluris updated the response deadline and Final Approval Hearing dates in the Supplemental Email Notices to November 4, 2024 and November 21, 2024, respectively. True and correct copies of the finalized Supplemental Email Notices for the California Settlement Class, Illinois Settlement Class, Indiana Settlement Class, and Nevada Settlement Class are attached hereto as **Exhibits K – N,** respectively.

17. On October 4, Simpluris sent the Supplemental Email Notices to the Settlement Class Members who had not filed a Claim and had a valid email address. After accounting for emails that "bounced-back," a Supplemental Email Notice was successfully delivered to tens of thousands of additional Settlement Class Member email addresses.

18. <u>Supplemental Mailed Notice</u>: Pursuant to the Order Granting Joint Motion to Further Modify Certain Dates in the Preliminary Approval Order, Simpluris updated the response deadline and Final Approval Hearing dates in the Supplemental Postcard Notices to November 4, 2024 and November 21, 2024, respectively. True and correct copies of the finalized Supplemental Postcard Notices for the California Settlement Class, Illinois Settlement Class, Indiana Settlement Class, and Nevada Settlement Class are attached hereto as **Exhibits N – R,** respectively.

19. On October 4, 2024, Simpluris caused the mailing of the Supplemental Postcard Notices with a detachable, postage prepaid Claim Form to all Settlement Class Members whom a valid mailing address was located through our reverse lookup efforts and had not filed a Claim Form. For Supplemental Postcard Notices returned by the USPS as undeliverable as addressed with no forwarding address, Simpluris submitted the addresses through an additional skip-trace

DECLARATION OF JULIE MEICHSNER IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT

process to search for updated addresses. If a new address was found, Simpluris re-mailed the Notice; if no additional address was available, the mailing was deemed undeliverable. As of November 1, 2024, the Supplemental Postcard Notice reached tens of thousands of additional Settlement Class Member addresses.

20.     <u>Media Plan</u>: To reach Settlement Class Members for whom direct contact information was not available, Simpluris executed a strategic, layered digital notice program consisting of social media, programmatic ads ("website banner ads"), and search ads.

21.     We used data sources and tools commonly employed by experts in the advertising industry to analyze and develop the media component of the Notice Plan. These resources include MRI-Simmons[2], which provides comprehensive demographic profiling, including detailed insights on consumer behaviors, attitudes, media consumption, product usage, and exposure across multiple advertising platforms. This data enables us to establish and refine our target audience by identifying key segments based on factors such as age, gender, income, geographic location, and lifestyle preferences.

22.     We selected "adults aged 25 – 64 with some college or higher education" as the primary media target for our campaign based on insights from the 2024 Spring MRI-Simmons USA data. Our profiling focused on individuals in "Professional and Related Occupations" or those in "Management, Business, and Financial Operations," which aligns closely with the types of professionals typically found on Zoominfo.com. The data revealed that 84.9% of this group falls

---

[2] MRI-Simmons Research is the leading U.S. supplier of multimedia audience research, providing comprehensive data on publication readership, product usage, and exposure to all forms of advertising media. A joint venture between GfK Mediamark Research & Intelligence, LLC (MRI) and Simmons Market Research, MRI-Simmons combines demographic, lifestyle, and media consumption data into a single, integrated sample. This syndicated data is widely used by major U.S. magazines, television networks, radio stations, internet platforms, and other media, as well as national advertisers and over advertising agencies.

DECLARATION OF JULIE MEICHSNER IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT

within the 25-64 age range, and 89.3% have at least some college education, making this demographic a strong match for the audience we aim to reach.

23. *Social Media – Meta Platforms.* Simpluris placed digital notice ads on Meta's Facebook and Instagram platforms. The Meta ads were targeted first to Settlement Class Members who had been matched to Facebook or Instagram profiles. The second audience was composed of users in California, Illinois, Indiana, and Nevada who were 25 – 64 years old and had at least some college. Meta ads ran from October 4 to November 4, 2024, and generated 14,778,598 impressions.

24. *Social Media – LinkedIn.* Simpluris placed digital notice ads on the LinkedIn social media platform. The ads were presented to Settlement Class Members who had been matched to LinkedIn profiles. LinkedIn ads ran from October 4 to November 4, 2024, and generated 396,663 impressions.

25. *Programmatic Banner Ads.* Programmatic banner ads can appear on any website that displays advertisements, allowing them to be presented to users based on location, demographics, or interests. Simpluris placed programmatic digital notice ads to target users in California, Illinois, Indiana, and Nevada who were 25 – 64 years old and had at least some college. Programmatic ads ran from October 4 to November 4, 2024, and generated 12,163,539 impressions.

26. *Google Search.* Simpluris placed ads on Google Search that were displayed to users who had searched for keywords related to the case or settlement. Google Search ads ran from October 4 to November 4, 2024, and generated 11,247 impressions.

27.     The combined digital notice program generated 27,350,047 impressions. Using MRI-Simmons and ComScore[3], we were able to calculate the net (unduplicated) reach of the media schedule and assess both the sufficiency and effectiveness of the proposed notice plan. ComScore's measurement tools offer deep, person-level insights, allowing for more precise campaign measurement and validation across digital platforms. Based on the analysis from these tools, we estimate that the full notice program, including both direct and digital notice, reached 71.3% of the Settlement Class.

28.     <u>Objections and Exclusions</u>: The extended Objection/Exclusion Deadline was November 4, 2024. As of November 5, 2024, Simpluris has received one (1) timely request for exclusion from the Settlement and one (1) timely objection to the Settlement. A true and correct copy of the request for exclusion and objection are attached hereto as **Exhibit S** and **Exhibit T**, respectfully.

29.     <u>Claim Form Submissions</u>: The extended deadline to submit a Claim Form was November 4, 2024. As of November 5, 2024, Simpluris has received and processed tens of thousands of Claim Forms from Settlement Class Members. Simpluris is still in the process of receiving timely Mailed Postcard Claim Forms as well as performing our claim validation process on those claims, which includes standard suspicious activity and fraudulent filer detection and assessment, as well as de-duplications.

30.     As of November 4, 2024, Simpluris anticipates incurring $1,017,458.88 in fees and expenses through the course of this administration. The settlement administration was initially bid

---

[3] ComScore is a global leader in cross-platform audience measurement, trusted by media buyers and sellers to plan, transact, and evaluate media across various platforms. With a comprehensive data footprint that includes digital, linear TV, over-the-top (OTT) streaming, and theatrical viewership intelligence, Comscore provides advanced audience insights to help quantify multi-screen behaviors. ComScore is a proven leader in measuring digital audiences advertising at scale.

DECLARATION OF JULIE MEICHSNER IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT

at $848,505.00 on or about February 29, 2024. The proposal was revised to add a reverse look-up for noticing purposes on August 8, 2024, in the amount of $59,548.00, and again revised on September 10, 204, to add a supplemental media plan in the amount of $109,405.88.

I declare under penalty of the perjury that the foregoing is true and correct. Executed on November 7, 2024, at Vero Beach, Florida.

_____
JULIE MEICHSNER

DECLARATION OF JULIE MEICHSNER IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT

# EXHIBIT A

**<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS</u>**

**IF YOU LIVE IN CALIFORNIA, ILLINOIS, INDIANA, OR NEVADA AND SOMEONE SEARCHED YOUR NAME ON ZOOMINFO.COM YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT**

***Don't worry, you are <u>not</u> being sued. This is an official court notice, <u>not</u> an ad for a lawyer.***

- A Settlement has been reached in a class action lawsuit between people from certain U.S. States and ZoomInfo Technologies, LLC ("ZoomInfo" or "Defendant"). ZoomInfo operates a website, ZoomInfo.com, that provides directory services offering information about people. The lawsuit claims that ZoomInfo violated these states' right of publicity laws when it used individuals' full names, business addresses, work history, job title, partial business phone number and work email address, and other identifying information to advertise or promote subscriptions to ZoomInfo's website. ZoomInfo denies that it violated any law. The Court has not decided who is right or wrong.

- If you received a notice of the Settlement in the mail or by email, our records indicate that you are included in the Settlement, and you may submit a claim form online or by mail to receive a payment through Venmo, Zelle, or a check. Those included in the Settlement (i) had a California, Illinois, Indiana, or Nevada address, and (ii) were displayed in a preview page on ZoomInfo.com and viewed for the first time between certain dates.

- If the Court approves the Settlement, members of the Settlement Classes who submit approved claims will receive an equal share of a settlement fund that ZoomInfo will establish for each state, after all notice and administration costs, incentive award, and attorneys' fees have been paid. Individual payments are expected to be as follows for each state: California, $108.43 to $216.86; Illinois, $145.93 to $291.85; Indiana, $740.77 to $1,481.54; and Nevada, $971.24 to $1,942.47. These payments could be more or less than these amounts depending on the number of approved claims submitted. ZoomInfo has also agreed to prospective relief: ZoomInfo will not use any Settlement Class Member's identity to advertise any of ZoomInfo's products or services.

- Please read this notice carefully. Your legal rights are affected whether you act or don't act.

*QUESTIONS? VISIT [WWW.ZOOMINFORIGHTOFPUBLICITYSETTLEMENT.COM](WWW.ZOOMINFORIGHTOFPUBLICITYSETTLEMENT.COM)*

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | This is the only way to receive a payment. You must submit a complete and valid claim form either online or by mail by **September 22, 2024**. |
| **DO NOTHING** | You will receive no payment under the Settlement and give up your rights to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement. |
| **EXCLUDE YOURSELF** | You will receive no payment, but you will retain any rights you currently have to sue ZoomInfo about the claims addressed in the Settlement. If you don't want to be a part of the Settlement, you must submit a request to be excluded by **October 16, 2024**. |
| **OBJECT** | Write to the Court explaining why you don't like any part of the Settlement by **October 16, 2024**. |
| **ATTEND A HEARING** | Ask to speak in Court about the fairness of the Settlement. |

These rights and options—**and the deadlines to exercise them**—are explained in this notice.

The Court in charge of this case must still decide whether to approve the Settlement. Payments will be provided only after any issues with the Settlement are resolved. Please be patient.

## BASIC INFORMATION

### 1. What is this notice and why should I read it?

The Court authorized this notice to let you know about a proposed Settlement with ZoomInfo. You have legal rights and options that you may act on before the Court decides whether to approve the proposed Settlement. You may be eligible to receive a cash payment as part of the Settlement. This notice explains the lawsuit, the Settlement, and your legal rights.

Judge Charles P. Kocoras of the United States District Court for the Northern District of Illinois is overseeing this class action. The case is called *Ramos, et al. v. ZoomInfo Technologies, LLC*, No. 21-cv-02032 (N.D. Ill.).

### 2. What is a class action lawsuit?

A class action is a lawsuit in which an individual or individuals called the "Class Representative" bring a single lawsuit on behalf of other people who have similar legal claims. All of these people together are a "Class" or "Class Members." Once a Settlement Class is certified, a class action Settlement finally approved by the Court resolves the issues for all Settlement Class Members, except for those who exclude themselves from the Settlement Class.

## THE CLAIMS IN THE LAWSUIT AND THE SETTLEMENT

### 3. What is this lawsuit about?

ZoomInfo runs a website that provides directory services, including various information about people. Individuals can search a person's name, which results in a preview with information potentially related to the person searched. This preview can include individuals' full names, business addresses, work history, job title, partial business phone number and work email address, and other identifying information. This preview can also contain a free trial offer for ZoomInfo's directory or an offer to sign up for a free version of ZoomInfo's directory. Certain state laws, including in California, Illinois, Indiana, and Nevada, prohibit using a person's name or other identifying information to advertise, promote, or in connection with an offer for sale any of its products or services without prior written consent. The lawsuit alleges that ZoomInfo violated these laws by allegedly displaying individual's identifying information on its website's preview pages and offering to the searcher a free trial to ZoomInfo's directory. These state laws permit damages for each violation of their right of publicity law. ZoomInfo denies that it violated any law.

More information about Plaintiffs' complaint in the lawsuit and the Defendant's defenses can be found in the "Court Documents" section of the Settlement Website at www.zoominforightofpublicitysettlement.com.

### 4. Who is included in the Settlement Class?

You are a member of a Settlement Class if you are in one of the groups below:

California Settlement Class: You were a California resident whose name was displayed in a preview page viewed for the first time on ZoomInfo.com between January 9, 2020 and March 27, 2024.

Illinois Settlement Class: You were an Illinois resident whose name was displayed in a preview page viewed for the first time on ZoomInfo.com between April 15, 2020 and March 27, 2024.

Indiana Settlement Class: You were an Indiana resident whose name was displayed in a preview page viewed for the first time on ZoomInfo.com between March 27, 2022 and March 27, 2024.

Nevada Settlement Class: You were a Nevada resident whose name was displayed in a preview page viewed for the first time on ZoomInfo.com between March 27, 2022 and March 27, 2024.

If you received a notice of the Settlement via email or in the mail, our records indicate that you are a Settlement Class Member and are included in the Settlement. You may call or email the Settlement Administrator at (866) 602-7871 or info@zoominforightofpublicitysettlement.com to ask whether you are a Settlement Class Member.

## THE SETTLEMENT BENEFITS

| 5. What does the Settlement provide? |
| --- |

**Cash Payments.** If you're eligible, you can file a claim to receive a cash payment. The amount of the payment will depend on a variety of factors, including which state's class you are in. The amount provided differs because each state's laws allow for different amounts of damages to be awarded for violation of their right of publicity laws. Your payment will also depend on how many claims are filed in your state. The settlement creates four State-Specific Settlement Funds amounting to the following amounts: California, $14,228,617.50; Illinois, $11,695,860.00; Indiana, $2,302,080; and Nevada, $1,331,055. Each of these amounts is subject to an upward adjustment based on the total number of individuals in each state's Settlement Class.

Class Counsel estimates individual payments for each state as follows: California, $108.43 to $216.86; Illinois, $145.93 to $291.85; Indiana, $740.77 to $1,481.54; and Nevada, $971.24 to $1,942.47. These settlement payments will be an equal share of each State-Specific Settlement Fund after the payment of settlement expenses, attorneys' fees, and any incentive award for the Class Representatives, as approved by the Court.

**Prospective Relief.** Under the Settlement, ZoomInfo has agreed not to use any Settlement Class Member's identity to advertise any of ZoomInfo's products or services after the Effective Date, and to refrain from doing so for a period of three years.

## HOW TO GET SETTLEMENT BENEFITS

| 6. How do I get a payment? |
| --- |

If you are a Settlement Class Member and you want to get a payment, you must complete and submit a Claim Form by **September 22, 2024**. If you received an email notice, it contained a link to the online Claim Form, which is also available on the Settlement Website at www.zoominforightofpublicitysettlement.com and can be filled out and submitted online. The online claim form lets you select to receive your payment by Venmo, Zelle, or check. A paper Claim Form with pre-paid postage was attached to the postcard notice you may have received in the mail. If you send in a paper Claim Form and it is approved, you will receive a check by mail. By participating in the settlement you will be bound by all orders and judgments of the Court.

| 7. When will I get my payment? |
| --- |

The hearing to consider the fairness of the Settlement is scheduled for **November 14, 2024**. If the Court approves the Settlement and there are no appeals, Class Members whose claims were approved by the Settlement Administrator will be issued an electronic payment (as chosen by the Class Member) within 28 days after the Settlement Effective Date. Please be patient. Uncashed checks and electronic payments that are unable to be completed will expire and become void 180 days after they are issued and will revert to the Settlement Fund to be distributed *pro rata* to claiming Settlement Class Members or in a manner as otherwise directed by the Court upon application made by Class Counsel.

## THE LAWYERS REPRESENTING YOU

| **8. Do I have a lawyer in the case?** |
|---|

Yes, the Court has appointed lawyers from the law firms Edelson PC and Bursor & Fisher, PA as the attorneys to represent you and other Settlement Class Members. These attorneys are called "Class Counsel." Class Counsel can be reached by calling (312) 589-6370.

| **9. Should I get my own lawyer?** |
|---|

You don't need to hire your own lawyer because Class Counsel is working on your behalf. You may hire your own lawyer, but if you do so, you will have to pay that lawyer.

| **10. How will the lawyers and Class Representatives be paid?** |
|---|

Class Counsel will ask the Court for attorneys' fees and expenses of up to 35% of each State-Specific Settlement Fund, after first deducting Settlement Administration Expenses and any incentive awards to the Class Representatives. Class Counsel will file with the Court and post on the Settlement Website its request for attorneys' fees and incentive awards on November 7, 2024.

Class Counsel will also request an incentive award for each Class Representative from the State-Specific Settlement Fund associated with the class they represent as follows: California, $750; Illinois, $1,000; Indiana, $1,000; and Nevada, $750. If the Settlement is finally approved, the Court will determine the proper amount of any attorneys' fees and expenses to award Class Counsel and the proper amount of any incentive award to the Class Representatives. The Court may award less than the amounts requested.

## YOUR RIGHTS AND OPTIONS

| **11. What happens if I do nothing at all?** |
|---|

If you do nothing, you will receive no money from the Settlement Fund, but you will still be bound by all orders and judgments of the Court. Unless you exclude yourself from the Settlement, you will not be able to file or continue a lawsuit against ZoomInfo or the other Released Parties regarding any of the Released Claims. **Submitting a valid and timely Claim Form is the only way to receive a payment from this Settlement.**

To submit a Claim Form, or for information on how to request exclusion from the Settlement Class or file an objection, please visit the Settlement Website, www.tbd.com. You may also call (866) 602-7871 for more information about the Settlement.

| **12. What happens if I ask to be excluded?** |
|---|

You may exclude yourself from the Settlement. If you do so, you will not receive any cash payment, but you will not release any claims you may have against the Released Parties (as that term is defined in the Settlement Agreement) and are free to pursue whatever legal rights you may have by pursuing your own lawsuit against the Released Parties at your own risk and expense.

## 13. How do I ask to be excluded?

You can mail or email a letter stating that you want to be excluded from the Settlement. Your letter must: (a) be in writing; (b) identify the case name, Ramos, et al. v. ZoomInfo Technologies, LLC, No. 21-cv-02032 (N.D. Ill.); (c) identify if the person seeking exclusion is a member of the California Settlement Class, the Illinois Settlement Class, the Indiana Settlement Class, or the Nevada Settlement Class; (d) state the full name and current address of the person seeking exclusion (e) be signed by the person(s) seeking exclusion; and (f) be postmarked or received by the Settlement Administrator on or before October 16, 2024. Each request for exclusion must also contain a statement to the effect that "I hereby request to be excluded from the proposed Settlement Class in Ramos, et al. v. ZoomInfo Technologies, LLC, No. 21-cv-02032 (N.D. Ill.)." You must mail or e-mail your exclusion request no later than October 16, 2024 to:

Ramos, et al. v. ZoomInfo Technologies, LLC
c/o Settlement Administrator
P.O. Box 25188
Santa Ana, CA 92799

-or-

info@zoominforightofpublicitysettlement.com

You can't exclude yourself over the phone. No person may request to be excluded from the Settlement Class through "mass" or "class" opt-outs. This means that each individual who seeks to exclude themselves must send an individual, separate request to the Settlement Administrator that complies with each of the requirements listed above.

## 14. If I don't exclude myself, can I sue ZoomInfo for the same thing later?

No. Unless you exclude yourself, you give up any right to sue ZoomInfo and any other Released Party for the claims being resolved by this Settlement.

## 15. If I exclude myself, can I get anything from this Settlement?

No. If you exclude yourself, you will not receive a payment.

## 16. How do I object to the Settlement?

If you do not exclude yourself from the Settlement Class, you can object to the Settlement if you don't like any part of it. To object, you must file a letter or brief with the court stating that you object to the Settlement in Ramos, et al. v. ZoomInfo Technologies, LLC, No. 21-cv-02032 (N.D. Ill.) no later than October 16, 2024. Your objection must be e-filed or delivered to the court at the following address:

Clerk of the United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street Chicago, Illinois 60604

Filing instructions for *pro se* litigants can be found here.

The objection must be in writing, must be signed by the objector, and must include the following information: (a) your full name and current address; (b) a statement that you believe you are a member of the California Settlement Class, the Illinois Settlement Class, the Indiana Settlement Class, or the Nevada Settlement Class; (c) whether the objection applies only to the objector, to a specific subset of the objector's respective Settlement Class, or to the entirety of the objector's Settlement Class; (d) the specific grounds for your objection; (e) all documents or writings that you wish the Court to consider; (f) the name and contact information of any attorneys representing, advising, or in any way assisting you in connection with the preparation or submission of the objection or who may profit from the pursuit of the objection; and (g) a statement indicating whether you intend to appear at the Final Approval Hearing.

If you hire an attorney in connection with making an objection, that attorney must file an appearance with the Court or seek *pro hac vice* admission to practice before the Court, and electronically file the objection by the objection deadline of October 16, 2024. If you do hire your own attorney, you will be solely responsible for payment of any fees and expenses the attorney incurs on your behalf. If you exclude yourself from the Settlement, you cannot file an objection.

In addition to filing your objection with the Court, by no later than October 16, 2024, you must send via mail, email, or delivery service copies of your objection and any supporting documents to both Class Counsel and Defendant's lawyers at the addresses listed below:

| Class Counsel | Defendant's Counsel |
| --- | --- |
| Michael W. Ovca | Martin L. Roth |
| movca@edelson.com | rothm@kirkland.com |
| Edelson PC | Kirkland & Ellis LLP |
| 350 North LaSalle Street, 14th Floor | 333 West Wolf Point Plaza |
| Chicago, Illinois 60654 | Chicago, Illinois 60654 |

Class Counsel will file with the Court and post on the Settlement Website its request for attorneys' fees and incentive awards on November 7, 2024.

### 17. What's the difference between objecting and excluding myself from the Settlement?

Objecting simply means telling the Court that you don't like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself from the Settlement Class is telling the Court that you don't want to be a Settlement Class Member. If you exclude yourself, you have no basis to object because the case no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

### 18. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Approval Hearing on November 14, 2024, at 9:50 a.m. before the Honorable Charles P. Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court. The

purpose of the hearing is for the Court to determine whether the Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class. **At the hearing, the Court will hear any objections and arguments concerning the fairness of the proposed Settlement, including those related to the amount requested by Class Counsel for attorneys' fees and expenses and the incentive award to the Class Representative.**

<u>Note</u>: The date and time of the Final Approval Hearing are subject to change by Court Order. Any changes will be posted at the settlement website, www.zoominforightofpublicitysettlement.com.

| **19. Do I have to come to the Final Approval Hearing?** |
|---|

No. Class Counsel will answer any questions the Court may have. You are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as your written objection was filed or mailed on time and meets the other criteria required and described in the Settlement, the Court will consider it. You may also pay a lawyer to attend, but you don't have to.

| **20. May I speak at the Final Approval Hearing?** |
|---|

Yes. If you do not exclude yourself, you may ask the Court for permission to speak at the Final Approval Hearing concerning any part of the proposed Settlement. If you filed an objection (*see* Question 16 above) and intend to appear at the Final Approval Hearing, you must state your intention to do so in your objection.

## GETTING MORE INFORMATION

| **21. Where do I get more information?** |
|---|

This notice summarizes the proposed Settlement. More details, including the Settlement Agreement and other documents are available at www.zoominforightofpublicitysettlement.com or at the Clerk's Office in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, between 8:30 a.m. and 4:30 p.m., Monday through Friday, excluding Court holidays. You can also contact Class Counsel at (312) 589-6370 with any questions.

**PLEASE DO <u>NOT</u> CONTACT THE COURT, THE JUDGE, THE DEFENDANT, OR THE DEFENDANT'S LAWYERS WITH QUESTIONS ABOUT THE SETTLEMENT OR DISTRIBUTION OF SETTLEMENT PAYMENTS**

# EXHIBIT B

# CLAIM FORM

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
*Ramos, et al. v. ZoomInfo Technologies, LLC*, No. 21-cv-02032 (N.D. Ill.)

**Instructions:** You may be eligible for a payment as part of the Settlement for this case. Fill out each section of this form and sign where indicated. THIS CLAIM FORM MUST BE SUBMITTED BY **SEPTEMBER 22, 2024** AND MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT.

| First Name | Last Name | |
|---|---|---|
| **Street Address** | | |
| **City** | **State** | **ZIP Code** |
| **Email Address (Optional)** | | |
| **Contact Phone #:** (You may be contacted if further information is required) | | |

By checking one of the boxes below, I affirm that I was a resident of the selected state during the relevant time period and submit this Claim Form as a member of that state's Settlement Class (**mark only one box**):

☐ California Settlement Class: I affirm that I was a resident of California between January 9, 2020 and March 27, 2024.

☐ Illinois Settlement Class: I affirm that I was a resident of Illinois between April 15, 2020 and March 27, 2024.

☐ Indiana Settlement Class: I affirm that I was a resident of Indiana between March 27, 2022 and March 27, 2024.

☐ Nevada Settlement Class: I affirm that I was a resident of Nevada between March 27, 2022 and March 27, 2024.

Signature: _____    Date: _____/_____/_____

The Settlement Administrator will review your Claim Form. If accepted, you will receive payment for an equal, or *pro rata*, share of the settlement fund for your state depending on the number of valid Claim Forms received. This process takes time; please be patient.

**Questions? Visit www.zoominforightofpublicitysettlement.com or call toll-free (866) 602-7871**

# EXHIBIT C

Ramos et al v. ZoomInfo Technologies, LLC – Email Notice

From:  donotreply@zoominforightofpublicitysettlement.com
To:      «Class Member Email»
Re:      Legal Notice of Proposed Class Action Settlement – California Settlement Class

---

**Class Member Name:**   «Firstname» «Lastname»
**Class Member ID:**   «SIMID»
**Notice ID:**   «Claim Login ID»
**PIN:**   «PIN»

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Ramos, et al. v. ZoomInfo Technologies, LLC*, No. 21-cv-02032 (N.D. Ill.)

### OUR RECORDS INDICATE SOMEONE VIEWED YOUR NAME ON ZOOMINFO.COM BETWEEN JANUARY 9, 2020 AND MARCH 27, 2024. IF YOU LIVED IN CALIFORNIA, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.

*This is an official court notice. You are <u>not</u> being sued. This is <u>not</u> an ad for a lawyer.*

*For more information, visit www.zoominforightofpublicitysettlement.com.*

This notice is to inform you that a Settlement has been reached in a class action lawsuit between residents in California and certain other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo"). ZoomInfo operates a website, ZoomInfo.com, that provides directory services offering information about people. The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business address, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website. The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo.com. Defendant denies that it violated any law. The Court has not decided who is right or wrong. Please read this notice carefully. Your legal rights are affected whether you act or don't act.

**<u>Who is included in the Settlement Class?</u>** Our records indicate that you may be included in the California Settlement Class. The California Settlement Class includes all California residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between January 9, 2020 and March 27, 2024.

**<u>What can I get out of the Settlement?</u>** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment. The payment is estimated to be approximately $108.43 to $216.86 but could be more or less depending on the number of Approved Claims in your state. This amount is an equal share of a $14,228,617.50 fund that Defendant agreed to create for the California Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award. Separate funds were created for individuals from other states.

**How do I get my payment?** Just complete and verify the short and simple Claim Form online here, or you can visit www.zoominforightofpublicitysettlement.com and download a paper Claim Form and submit it by mail. By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check. ***All Claim Forms must be submitted online or postmarked by September 22, 2024.***

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement. If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement. You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court. If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns. Specific instructions about how to object or exclude yourself from the Settlement Class are available at www.zoominforightofpublicitysettlement.com. ***All Requests for Exclusion or Objections must be received by October 16, 2024.***

**Do I have a lawyer?** Yes. The Court appointed lawyers from the law firms Edelson PC and Bursor & Fisher, PA as "Class Counsel." They represent you and other California Settlement Class Members. You can hire your own lawyer, but you'll need to pay that lawyer's legal fees. The Court chose Kaitlin Brooks—a class member like you—to represent the California Settlement Class.

**When will the Court approve the settlement?** The Court will hold a Final Approval Hearing on November 14, 2024, at 9:50 a.m. before the Honorable Charles P. Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court. During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the California Settlement Fund and an incentive award of $750 to the Class Representative. The request will be posted on the Settlement Website by September 22, 2024.

# EXHIBIT D

Ramos et al v. ZoomInfo Technologies, LLC – Email Notice

From: donotreply@zoominforightofpublicitysettlement.com
To: «Class Member Email»
Re: Legal Notice of Proposed Class Action Settlement – Illinois Settlement Class

---

**Class Member Name:** «Firstname» «Lastname»
**Class Member ID:** «SIMID»
**Notice ID:** «Claim Login ID»
**PIN:** «PIN»

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Ramos, et al. v. ZoomInfo Technologies, LLC*, No. 21-cv-02032 (N.D. Ill.)

### OUR RECORDS INDICATE SOMEONE VIEWED YOUR NAME ON ZOOMINFO.COM BETWEEN APRIL 15, 2020 AND MARCH 27, 2024. IF YOU LIVED IN ILLINOIS, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.

*This is an official court notice. You are <u>not</u> being sued. This is <u>not</u> an ad for a lawyer.*

*For more information, visit www.zoominforightofpublicitysettlement.com.*

This notice is to inform you that a Settlement has been reached in a class action lawsuit between residents in Illinois and certain other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo"). ZoomInfo operates a website, ZoomInfo.com, that provides directory services offering information about people. The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business address, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website. The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo.com. Defendant denies that it violated any law. The Court has not decided who is right or wrong. Please read this notice carefully. Your legal rights are affected whether you act or don't act.

**<u>Who is included in the Settlement Class?</u>** Our records indicate that you may be included in the Illinois Settlement Class. The Illinois Settlement Class includes all Illinois residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between April 15, 2020 and March 27, 2024.

**<u>What can I get out of the Settlement?</u>** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment. The payment is estimated to be approximately $145.93 to $291.85 but could be more or less depending on the number of Approved Claims in your state. This amount is an equal share of a $11,695,860.00 fund that Defendant agreed to create for the Illinois Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award. Separate funds were created for individuals from other states.

**How do I get my payment?** Just complete and verify the short and simple Claim Form online here, or you can visit www.zoominforightofpublicitysettlement.com. and download a paper Claim Form and submit it by mail. By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check. ***All Claim Forms must be submitted online or postmarked by September 22, 2024.***

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement. If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement. You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court. If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns. Specific instructions about how to object or exclude yourself from the Settlement Class are available at www.zoominforightofpublicitysettlement.com. ***All Requests for Exclusion or Objections must be received by October 16, 2024.***

**Do I have a lawyer?** Yes. The Court appointed lawyers from the law firms Edelson PC and Bursor & Fisher, PA as "Class Counsel." They represent you and other Illinois Settlement Class Members. You can hire your own lawyer, but you'll need to pay that lawyer's legal fees. The Court chose Joselyn Ramos—a class member like you—to represent the Illinois Settlement Class.

**When will the Court approve the settlement?** The Court will hold a Final Approval Hearing on November 14, 2024, at 9:50 a.m. before the Honorable Charles P. Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court. During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Illinois Settlement Fund and an incentive award of $1,000 to the Class Representative. The request will be posted on the Settlement Website by September 22, 2024.

# EXHIBIT E

Ramos et al v. ZoomInfo Technologies, LLC – Email Notice

From: donotreply@zoominforightofpublicitysettlement.com
To:    «Class Member Email»
Re:    Legal Notice of Proposed Class Action Settlement – Indiana Settlement Class

---

**Class Member Name:**   «Firstname» «Lastname»
**Class Member ID:**      «SIMID»
**Notice ID:**            «Claim Login ID»
**PIN:**                  «PIN»

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Ramos, et al. v. ZoomInfo Technologies, LLC*, No. 21-cv-02032 (N.D. Ill.)

**OUR RECORDS INDICATE SOMEONE VIEWED YOUR NAME ON ZOOMINFO.COM BETWEEN MARCH 27, 2022 AND MARCH 27, 2024. IF YOU LIVED IN INDIANA, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

*This is an official court notice. You are <u>not</u> being sued. This is <u>not</u> an ad for a lawyer.*

*For more information, visit www.zoominforightofpublicitysettlement.com.*

This notice is to inform you that a Settlement has been reached in a class action lawsuit between residents in Indiana and certain other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo"). ZoomInfo operates a website, ZoomInfo.com, that provides directory services offering information about people. The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business address, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website. The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo.com. Defendant denies that it violated any law. The Court has not decided who is right or wrong. Please read this notice carefully. Your legal rights are affected whether you act or don't act.

**<u>Who is included in the Settlement Class?</u>** Our records indicate that you may be included in the Indiana Settlement Class. The Indiana Settlement Class includes all Indiana residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between March 27, 2022 and March 27, 2024.

**<u>What can I get out of the Settlement?</u>** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment. The payment is estimated to be approximately $740.77 to $1,481.54 but could be more or less depending on the number of Approved Claims in your state. This amount is an equal share of a $2,302,080 fund that Defendant agreed to create for the Indiana Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award. Separate funds were created for individuals from other states.

**How do I get my payment?** Just complete and verify the short and simple Claim Form online here, or you can visit www.zoominforightofpublicitysettlement.com and download a paper Claim Form and submit it by mail. By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check. ***All Claim Forms must be submitted online or postmarked by September 22, 2024.***

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement. If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement. You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court. If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns. Specific instructions about how to object or exclude yourself from the Settlement Class are available at www.zoominforightofpublicitysettlement.com. ***All Requests for Exclusion or Objections must be received by October 16, 2024.***

**Do I have a lawyer?** Yes. The Court appointed lawyers from the law firms Edelson PC and Bursor & Fisher, PA as "Class Counsel." They represent you and other Indiana Settlement Class Members. You can hire your own lawyer, but you'll need to pay that lawyer's legal fees. The Court chose Carl Florian—a class member like you—to represent the Indiana Settlement Class.

**When will the Court approve the settlement?** The Court will hold a Final Approval Hearing on November 14, 2024, at 9:50 a.m. before the Honorable Charles P. Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court. During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Indiana Settlement Fund and an incentive award of $1,000 to the Class Representative. The request will be posted on the Settlement Website by September 22, 2024.

# EXHIBIT F

Ramos et al v. ZoomInfo Technologies, LLC – Email Notice

From: donotreply@zoominforightofpublicitysettlement.com
To: «Class Member Email»
Re: Legal Notice of Proposed Class Action Settlement – Nevada Settlement Class

---

**Class Member Name:** «Firstname» «Lastname»
**Class Member ID:** «SIMID»
**Notice ID:** «Claim Login ID»
**PIN:** «PIN»


### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Ramos, et al. v. ZoomInfo Technologies, LLC*, No. 21-cv-02032 (N.D. Ill.)


**OUR RECORDS INDICATE SOMEONE VIEWED YOUR NAME ON ZOOMINFO.COM BETWEEN MARCH 27, 2022 AND MARCH 27, 2024. IF YOU LIVED IN NEVADA, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

*This is an official court notice. You are <u>not</u> being sued. This is <u>not</u> an ad for a lawyer.*

*For more information, visit www.zoominforightofpublicitysettlement.com.*


This notice is to inform you that a Settlement has been reached in a class action lawsuit between residents in Nevada and certain other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo"). ZoomInfo operates a website, ZoomInfo.com, that provides directory services offering information about people. The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business address, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website. The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo.com. Defendant denies that it violated any law. The Court has not decided who is right or wrong. Please read this notice carefully. Your legal rights are affected whether you act or don't act.

**<u>Who is included in the Settlement Class?</u>** Our records indicate that you may be included in the Nevada Settlement Class. The Nevada Settlement Class includes all Nevada residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between March 27, 2022 and March 27, 2024.

**<u>What can I get out of the Settlement?</u>** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment. The payment is estimated to be approximately $971.24 to $1,942.47 but could be more or less depending on the number of Approved Claims in your state. This amount is an equal share of a $1,331,055.00 fund that Defendant agreed to create for the Nevada Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award. Separate funds were created for individuals from other states.

**How do I get my payment?** Just complete and verify the short and simple Claim Form online here, or you can visit www.zoominforightofpublicitysettlement.com and download a paper Claim Form and submit it by mail. By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check. ***All Claim Forms must be submitted online or postmarked by September 22, 2024.***

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement. If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement. You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court. If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns. Specific instructions about how to object or exclude yourself from the Settlement Class are available at www.zoominforightofpublicitysettlement.com. ***All Requests for Exclusion or Objections must be received by October 16, 2024.***

**Do I have a lawyer?** Yes. The Court appointed lawyers from the law firms Edelson PC and Bursor & Fisher, PA as "Class Counsel." They represent you and other Nevada Settlement Class Members. You can hire your own lawyer, but you'll need to pay that lawyer's legal fees. The Court chose Francis Lauritzen— a class member like you—to represent the Nevada Settlement Class.

**When will the Court approve the settlement?** The Court will hold a Final Approval Hearing on November 14, 2024, at 9:50 a.m. before the Honorable Charles P. Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court. During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Nevada Settlement Fund and an incentive award of $750 to the Class Representative. The request will be posted on the Settlement Website by September 22, 2024.

# EXHIBIT G

other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo") ZoomInfo operates a website, ZoomInfo com, that provides directory services offering information about people  The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business addresses, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website  The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo com  Defendant denies that it violated any law  The Court has not decided who is right or wrong  Please read this notice carefully  Your legal rights are affected whether you act or don't act

**Who is included in the Settlement Class?** Our records indicate that you may be included in the California Settlement Class  The California Settlement Class includes all California residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between January 9, 2020, and March 27, 2024

**What can I get out of the Settlement?** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment  The payment is estimated to be approximately $108 43 to $216 86 but could be more or less depending on the number of Approved Claims in your state  This amount is an equal share of a $14,228,617 50 fund that Defendant agreed to create for the California Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award  Separate funds were created for individuals from other states

**How do I get my payment?** Just complete and return the attached Claim Form by mail, or you can visit the Settlement Website, www zoominforightofpublicitysettlement com, and submit a Claim Form online  By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check  *All Claim Forms must be postmarked or submitted online by September 22, 2024.*

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement  If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement  You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court  If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns  Specific instructions about how to object or exclude yourself from the Settlement Class are available at www zoominforightofpublicitysettlement com  *All Requests for Exclusion or Objections must be received by October 16, 2024.*

**Do I have a lawyer?** Yes  The Court appointed lawyers from Edelson PC and Bursor & Fisher, PA as "Class Counsel "  They represent you and other California Settlement Class Members  You can hire your own lawyer, but you'll need to pay that lawyer's legal fees  The Court chose Kaitlin Brooks—a class member like you—to represent the California Settlement Class

**When will the Court approve the Settlement?** The Court will hold a Final Approval Hearing on November 14, 2024, at 9:50 a m  before the Honorable Charles P  Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court  During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the California Settlement Fund and an incentive award of $750 to the Class Representative  The request will be posted on the Settlement Website by September 22, 2024

---



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 47  COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Ramos et al v. ZoomInfo Technologies, LLC**
**c/o Settlement Administrator**
**P.O. Box 25188**
**Santa Ana, CA 92799**

**Ramos et al v. Zoominfo Technologies, LLC**
c/o Settlement Administrator
P.O. Box 25188
Santa Ana, CA 92799

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

<u>COURT AUTHORIZED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT</u>

**OUR RECORDS INDICATE SOMEONE SEARCHED YOUR NAME ON ZOOMINFO.COM BETWEEN JANUARY 9, 2020 AND MARCH 27, 2024. IF YOU LIVED IN CALIFORNIA, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

«IMbᵢullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State» «Zip»

SIMID «SIMID»

By Order of the Court Dated: June 12, 2024

-  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -

**CLAIM FORM**

**Class Member Name: «FirstName» «LastName»**                **Class Member ID:  «SIMID»**

**Mailing Address: «Address1» «Address2»**                **PIN: «ClaimLoginPIN»**
**«City», «State» «Zip»**                **Notice ID: «ClaimLoginID»**

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY **SEPTEMBER 22, 2024** AND MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT

**Instructions:** Fill out each section of this form and sign where indicated  If you prefer to receive payment via Venmo or Zelle, you must submit a Claim Form online on the Settlement Website at www.zoominforightofpublicitysettlement com  If you submit this paper Claim  Form by mail and it is approved, you will receive a check in the mail at the address you provide below

New Mailing Address (*only complete if incorrect above*): _____

City: _____ State: ___ ___   Zip Code: ___ ___ ___ ___ ___

Email Address (optional):_____

Contact Phone #: ( ___ ___ ___) ___ ___ ___ – ___ ___ ___ ___ (You may be contacted if further information is required )

[ ] By checking this box I affirm that I was a resident of California between January 9, 2020 and March 27, 2024 and submit this claim form as a member of the California Settlement Class

Signature: _____                Date: _____/_____/_____

Print Name: _____

The Settlement Administrator will review your Claim Form  If accepted, you will be mailed a check payment for an equal share of your state's State-Specific Settlement Fund based on the number of valid Claim Forms received and after first deducting Settlement Administration Expenses, any Fee Award, and any incentive award to the California Settlement Class Representative, as approved by the  Court  This process takes time; please be patient

**Questions? Visit www.zoominforightofpublicitysettlement.com or call toll-free (866) 602-7871.**

«Barcode 193891»

# EXHIBIT H

states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo") ZoomInfo operates a website, ZoomInfo com, that provides directory services offering information about people The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business addresses, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo com Defendant denies that it violated any law The Court has not decided who is right or wrong Please read this notice carefully Your legal rights are affected whether you act or don't act

**Who is included in the Settlement Class?** Our records indicate that you may be included in the Illinois Settlement Class The Illinois Settlement Class includes all Illinois residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between April 15, 2020, and March 27, 2024

**What can I get out of the Settlement?** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment The payment is estimated to be approximately $145 93 to $291 85 but could be more or less depending on the number of Approved Claims in your state This amount is an equal share of a $11,695,860 00 fund that Defendant agreed to create for the Illinois Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award Separate funds were created for individuals from other states

**How do I get my payment?** Just complete and return the attached Claim Form by mail, or you can visit the Settlement Website, www.zoominforightofpublicitysettlement com, and submit a Claim Form online By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check *All Claim Forms must be postmarked or submitted online by September 22, 2024.*

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns Specific instructions about how to object or exclude yourself from the Settlement Class are available at www.zoominforightofpublicitysettlement com *All Requests for Exclusion or Objections must be received by October 16, 2024.*

**Do I have a lawyer?** Yes The Court appointed lawyers from Edelson PC and Bursor & Fisher, PA as "Class Counsel " They represent you and other Illinois Settlement Class Members You can hire your own lawyer, but you'll need to pay that lawyer's legal fees The Court chose Joselyn Ramos—a class member like you—to represent the Illinois Settlement Class

**When will the Court approve the Settlement?** The Court will hold a Final Approval Hearing on November 14, 2024, at 9:50 a m before the Honorable Charles P Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Illinois Settlement Fund and an incentive award of $1,000 to the Class Representative The request will be posted on the Settlement Website by September 22, 2024

---

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



## BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 47 COSTA MESA CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Ramos et al v. ZoomInfo Technologies, LLC**
**c/o Settlement Administrator**
**P.O. Box 25188**
**Santa Ana, CA 92799**

**Ramos et al v. Zoominfo Technologies, LLC**
c/o Settlement Administrator
P.O. Box 25188
Santa Ana, CA 92799

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

<u>COURT AUTHORIZED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT</u>

**OUR RECORDS INDICATE SOMEONE SEARCHED YOUR NAME ON ZOOMINFO.COM BETWEEN APRIL 15, 2020 AND MARCH 27, 2024. IF YOU LIVED IN ILLINOIS, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

«IMb₁ullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
SIMID «SIMID» «City», «State» «Zip»

By Order of the Court Dated: June 12, 2024

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CLAIM FORM

**Class Member Name: «FirstName» «LastName»**

**Class Member ID: «SIMID»**

**Mailing Address: «Address1» «Address2»**
**«City», «State» «Zip»**

**PIN: «ClaimLoginPIN»**
**Notice ID: «ClaimLoginID»**

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY **SEPTEMBER 22, 2024** AND MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT

**Instructions:** Fill out each section of this form and sign where indicated If you prefer to receive payment via Venmo or Zelle, you must submit a Claim Form online on the Settlement Website at www.zoominforightofpublicitysettlement com If you submit this paper Claim Form by mail and it is approved, you will receive a check in the mail at the address you provide below

New Mailing Address (*only complete if incorrect above*): _____

City: _____ State: ___ ___ Zip Code: ___ ___ ___ ___ ___

Email Address (optional):_____

Contact Phone #: ( ___ ___ ___) ___ ___ ___ – ___ ___ ___ ___ (You may be contacted if further information is required )

[ ] By checking this box I affirm that I was a resident of California between January 9, 2020 and March 27, 2024 and submit this claim form as a member of the California Settlement Class

Signature: _____     Date: _____/_____/_____

Print Name: _____

The Settlement Administrator will review your Claim Form If accepted, you will be mailed a check payment for an equal share of your state's State-Specific Settlement Fund based on the number of valid Claim Forms received and after first deducting Settlement Administration Expenses, any Fee Award, and any incentive award to the California Settlement Class Representative, as approved by the Court This process takes time; please be patient

**Questions? Visit www.zoominforightofpublicitysettlement.com or call toll-free (866) 602-7871.**

«Barcode 194678»

# EXHIBIT I

states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo") ZoomInfo operates a website, ZoomInfo com, that provides directory services offering information about people The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business addresses, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo com Defendant denies that it violated any law The Court has not decided who is right or wrong Please read this notice carefully Your legal rights are affected whether you act or don't act

**Who is included in the Settlement Class?** Our records indicate that you may be included in the Indiana Settlement Class The Indiana Settlement Class includes all Indiana residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between March 27, 2022, and March 27, 2024

**What can I get out of the Settlement?** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment The payment is estimated to be approximately $740 77 to $1,481 54 but could be more or less depending on the number of Approved Claims in your state This amount is an equal share of a $2,302,080 fund that Defendant agreed to create for the Indiana Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award Separate funds were created for individuals from other states

**How do I get my payment?** Just complete and return the attached Claim Form by mail, or you can visit the Settlement Website, www.zoominforightofpublicitysettlement.com, and submit a Claim Form online By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check *All Claim Forms must be postmarked or submitted online by September 22, 2024.*

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns Specific instructions about how to object or exclude yourself from the Settlement Class are available at www.zoominforightofpublicitysettlement.com *All Requests for Exclusion or Objections must be received by October 16, 2024.*

**Do I have a lawyer?** Yes The Court appointed lawyers from Edelson PC and Bursor & Fisher, PA as "Class Counsel " They represent you and other Indiana Settlement Class Members You can hire your own lawyer, but you'll need to pay that lawyer's legal fees The Court chose Carl Florian—a class member like you—to represent the Indiana Settlement Class

**When will the Court approve the Settlement?** The Court will hold a Final Approval Hearing on November 14, 2024, at 9:50 a m before the Honorable Charles P Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Indiana Settlement Fund and an incentive award of $1,000 to the Class Representative The request will be posted on the Settlement Website by September 22, 2024

---

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 47 COSTA MESA CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Ramos et al v. ZoomInfo Technologies, LLC**
**c/o Settlement Administrator**
**P.O. Box 25188**
**Santa Ana, CA 92799**

**Ramos et al v. Zoominfo Technologies, LLC**
**c/o Settlement Administrator**
**P.O. Box 25188**
**Santa Ana, CA 92799**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

COURT AUTHORIZED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

**OUR RECORDS INDICATE SOMEONE SEARCHED YOUR NAME ON ZOOMINFO.COM BETWEEN MARCH 27, 2022 AND MARCH 27, 2024. IF YOU LIVED IN INDIANA, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

«IMb₁ullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
SIMID «SIMID»   «City», «State» «Zip»

By Order of the Court Dated: June 12, 2024

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CLAIM FORM**

**Class Member Name: «FirstName» «LastName»**

**Class Member ID: «SIMID»**

**Mailing Address: «Address1» «Address2»**
**«City», «State» «Zip»**

**PIN: «ClaimLoginPIN»**
**Notice ID: «ClaimLoginID»**

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY **SEPTEMBER 22, 2024** AND MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT

**Instructions:** Fill out each section of this form and sign where indicated If you prefer to receive payment via Venmo or Zelle, you must submit a Claim Form online on the Settlement Website at www.zoominforightofpublicitysettlement com If you submit this paper Claim Form by mail and it is approved, you will receive a check in the mail at the address you provide below

New Mailing Address (*only complete if incorrect above*): _____

City: _____  State: ___ ___  Zip Code: ___ ___ ___ ___ ___

Email Address (optional):_____

Contact Phone #: ( ___ ___ ___) ___ ___ ___ − ___ ___ ___ ___ (You may be contacted if further information is required )

[ ] By checking this box I affirm that I was a resident of California between January 9, 2020 and March 27, 2024 and submit this claim form as a member of the California Settlement Class

Signature: _____   Date: _____/_____/_____

Print Name: _____

The Settlement Administrator will review your Claim Form If accepted, you will be mailed a check payment for an equal share of your state's State-Specific Settlement Fund based on the number of valid Claim Forms received and after first deducting Settlement Administration Expenses, any Fee Award, and any incentive award to the California Settlement Class Representative, as approved by the Court This process takes time; please be patient

**Questions? Visit www.zoominforightofpublicitysettlement.com or call toll-free (866) 602-7871.**   «Barcode 194679»

# EXHIBIT J

states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo") ZoomInfo operates a website, ZoomInfo com, that provides directory services offering information about people The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business addresses, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo com Defendant denies that it violated any law The Court has not decided who is right or wrong Please read this notice carefully Your legal rights are affected whether you act or don't act

**Who is included in the Settlement Class?** Our records indicate that you may be included in the Nevada Settlement Class The Nevada Settlement Class includes all Nevada residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between March 27, 2022, and March 27, 2024

**What can I get out of the Settlement?** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment The payment is estimated to be approximately $971 24 to $1,942 47 but could be more or less depending on the number of Approved Claims in your state This amount is an equal share of a $1,331,055 00 fund that Defendant agreed to create for the Nevada Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award Separate funds were created for individuals from other states

**How do I get my payment?** Just complete and return the attached Claim Form by mail, or you can visit the Settlement Website, www.zoominforightofpublicitysettlement.com, and submit a Claim Form online By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check *All Claim Forms must be postmarked or submitted online by September 22, 2024.*

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns Specific instructions about how to object or exclude yourself from the Settlement Class are available at www.zoominforightofpublicitysettlement.com *All Requests for Exclusion or Objections must be received by October 16, 2024.*

**Do I have a lawyer?** Yes The Court appointed lawyers from Edelson PC and Bursor & Fisher, PA as "Class Counsel " They represent you and other Nevada Settlement Class Members You can hire your own lawyer, but you'll need to pay that lawyer's legal fees The Court chose Francis Lauritzen—a class member like you—to represent the Nevada Settlement Class

**When will the Court approve the Settlement?** The Court will hold a Final Approval Hearing on November 14, 2024, at 9:50 a m before the Honorable Charles P Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Nevada Settlement Fund and an incentive award of $750 to the Class Representative The request will be posted on the Settlement Website by September 22, 2024

---

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 47  COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Ramos et al v. ZoomInfo Technologies, LLC**
**c/o Settlement Administrator**
**P.O. Box 25188**
**Santa Ana, CA 92799**

**Ramos et al. v. Zoominfo Technologies, LLC**
c/o Settlement Administrator
P.O. Box 25188
Santa Ana, CA 92799

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

<u>COURT AUTHORIZED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT</u>

**OUR RECORDS INDICATE SOMEONE SEARCHED YOUR NAME ON ZOOMINFO.COM
BETWEEN MARCH 27, 2022 AND MARCH 27, 2024. IF YOU LIVED IN NEVADA, YOU CAN
CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

# «IMb¡ullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
SIMID «SIMID»      «City», «State» «Zip»

By Order of the Court Dated: June 12, 2024

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CLAIM FORM

**Class Member Name: «FirstName» «LastName»**

**Class Member ID: «SIMID»**

**Mailing Address: «Address1» «Address2»**
**«City», «State» «Zip»**

**Notice ID: «ClaimLoginID»**

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY **SEPTEMBER 22, 2024** AND MUST BE
FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT

**Instructions:** Fill out each section of this form and sign where indicated  If you prefer to receive payment via Venmo or Zelle,
you must submit a Claim Form online on the Settlement Website at www.zoominforightofpublicitysettlement com  If you submit
this paper Claim  Form by mail and it is approved, you will receive a check in the mail at the address you provide below

New Mailing Address (*only complete if incorrect above*): _____

City: _____ State: ___ ___  Zip Code: ___ ___ ___ ___ ___

Email Address (optional):_____

Contact Phone #: ( ___ ___ ___) ___ ___ ___ – ___ ___ ___ ___  (You may be contacted if further information is required )

[ ] By checking this box I affirm that I was a resident of California between January 9, 2020 and March 27, 2024 and submit
this claim form as a member of the California Settlement Class

Signature: _____     Date: _____/_____/_____

Print Name: _____

The Settlement Administrator will review your Claim Form  If accepted, you will be mailed a check payment for an equal share
of your state's State-Specific Settlement Fund based on the number of valid Claim Forms received and after first deducting
Settlement Administration Expenses, any Fee Award, and any incentive award to the California Settlement Class Representative,
as approved by the  Court  This process takes time; please be patient

**Questions? Visit www.zoominforightofpublicitysettlement.com or call toll-free (866) 602-7871.**

«Barcode  194680»

# EXHIBIT K

Ramos et al v. ZoomInfo Technologies, LLC – Email Notice

From: donotreply@zoominforightofpublicitysettlement.com
To:      «Class Member Email»
Re:      Legal Notice of Proposed Class Action Settlement – California Settlement Class

---

**Class Member Name:**    «Firstname» «Lastname»
**Class Member ID:**    «SIMID»
**Notice ID:**    «Claim Login ID»
**PIN:**    «PIN»

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Ramos, et al. v. ZoomInfo Technologies, LLC*, No. 21-cv-02032 (N.D. Ill.)

**OUR RECORDS INDICATE SOMEONE VIEWED YOUR NAME ON ZOOMINFO.COM BETWEEN JANUARY 9, 2020 AND MARCH 27, 2024. IF YOU LIVED IN CALIFORNIA, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

*This is an official court notice. You are <u>not</u> being sued. This is <u>not</u> an ad for a lawyer.*

*For more information, visit www.zoominforightofpublicitysettlement.com.*

This notice is to inform you that a Settlement has been reached in a class action lawsuit between residents in California and certain other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo"). ZoomInfo operates a website, ZoomInfo.com, that provides directory services offering information about people. The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business address, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website. The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo.com. Defendant denies that it violated any law. The Court has not decided who is right or wrong. Please read this notice carefully. Your legal rights are affected whether you act or don't act.

<u>**Who is included in the Settlement Class?**</u> Our records indicate that you may be included in the California Settlement Class. The California Settlement Class includes all California residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between January 9, 2020 and March 27, 2024.

<u>**What can I get out of the Settlement?**</u> If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment. The payment is estimated to be approximately $108.43 to $216.86 but could be more or less depending on the number of Approved Claims in your state. This amount is an equal share of a $14,228,617.50 fund that Defendant agreed to create for the California Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award. Separate funds were created for individuals from other states.

**How do I get my payment?** Just complete and verify the short and simple Claim Form online here, or you can visit www.zoominforightofpublicitysettlement.com and download a paper Claim Form and submit it by mail. By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check. ***All Claim Forms must be submitted online or postmarked by November 4, 2024.***

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement. If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement. You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court. If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns. Specific instructions about how to object or exclude yourself from the Settlement Class are available at www.zoominforightofpublicitysettlement.com. ***All Requests for Exclusion or Objections must be received by November 4, 2024.***

**Do I have a lawyer?** Yes. The Court appointed lawyers from the law firms Edelson PC and Bursor & Fisher, PA as "Class Counsel." They represent you and other California Settlement Class Members. You can hire your own lawyer, but you'll need to pay that lawyer's legal fees. The Court chose Kaitlin Brooks—a class member like you—to represent the California Settlement Class.

**When will the Court approve the settlement?** The Court will hold a Final Approval Hearing on November 21, 2024, at 9:50 a.m. before the Honorable Charles P. Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court. During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the California Settlement Fund and an incentive award of $750 to the Class Representative. The request will be posted on the Settlement Website by October 4, 2024.

# EXHIBIT L

Ramos et al v. ZoomInfo Technologies, LLC – Email Notice

From: donotreply@zoominforightofpublicitysettlement.com
To: «Class Member Email»
Re: Legal Notice of Proposed Class Action Settlement – Illinois Settlement Class

---

**Class Member Name:** «Firstname» «Lastname»
**Class Member ID:** «SIMID»
**Notice ID:** «Claim Login ID»
**PIN:** «PIN»

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Ramos, et al. v. ZoomInfo Technologies, LLC*, No. 21-cv-02032 (N.D. Ill.)

**OUR RECORDS INDICATE SOMEONE VIEWED YOUR NAME ON ZOOMINFO.COM BETWEEN APRIL 15, 2020 AND MARCH 27, 2024. IF YOU LIVED IN ILLINOIS, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

*This is an official court notice. You are <u>not</u> being sued. This is <u>not</u> an ad for a lawyer.*

*For more information, visit <u>www.zoominforightofpublicitysettlement.com</u>.*

This notice is to inform you that a Settlement has been reached in a class action lawsuit between residents in Illinois and certain other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo"). ZoomInfo operates a website, ZoomInfo.com, that provides directory services offering information about people. The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business address, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website. The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo.com. Defendant denies that it violated any law. The Court has not decided who is right or wrong. Please read this notice carefully. Your legal rights are affected whether you act or don't act.

**<u>Who is included in the Settlement Class?</u>** Our records indicate that you may be included in the Illinois Settlement Class. The Illinois Settlement Class includes all Illinois residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between April 15, 2020 and March 27, 2024.

**<u>What can I get out of the Settlement?</u>** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment. The payment is estimated to be approximately $145.93 to $291.85 but could be more or less depending on the number of Approved Claims in your state. This amount is an equal share of a $11,695,860.00 fund that Defendant agreed to create for the Illinois Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award. Separate funds were created for individuals from other states.

**How do I get my payment?** Just complete and verify the short and simple Claim Form online here, or you can visit www.zoominforightofpublicitysettlement.com. and download a paper Claim Form and submit it by mail. By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check. ***All Claim Forms must be submitted online or postmarked by November 4, 2024.***

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement. If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement. You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court. If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns. Specific instructions about how to object or exclude yourself from the Settlement Class are available at www.zoominforightofpublicitysettlement.com. ***All Requests for Exclusion or Objections must be received by November 4, 2024.***

**Do I have a lawyer?** Yes. The Court appointed lawyers from the law firms Edelson PC and Bursor & Fisher, PA as "Class Counsel." They represent you and other Illinois Settlement Class Members. You can hire your own lawyer, but you'll need to pay that lawyer's legal fees. The Court chose Joselyn Ramos—a class member like you—to represent the Illinois Settlement Class.

**When will the Court approve the settlement?** The Court will hold a Final Approval Hearing on November 21, 2024, at 9:50 a.m. before the Honorable Charles P. Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court. During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Illinois Settlement Fund and an incentive award of $1,000 to the Class Representative. The request will be posted on the Settlement Website by October 4, 2024.

# EXHIBIT M

Ramos et al v. ZoomInfo Technologies, LLC – Email Notice

From: donotreply@zoominforightofpublicitysettlement.com
To: «Class Member Email»
Re: Legal Notice of Proposed Class Action Settlement – Indiana Settlement Class

---

**Class Member Name:** «Firstname» «Lastname»
**Class Member ID:** «SIMID»
**Notice ID:** «Claim Login ID»
**PIN:** «PIN»

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Ramos, et al. v. ZoomInfo Technologies, LLC*, No. 21-cv-02032 (N.D. Ill.)

**OUR RECORDS INDICATE SOMEONE VIEWED YOUR NAME ON ZOOMINFO.COM BETWEEN MARCH 27, 2022 AND MARCH 27, 2024. IF YOU LIVED IN INDIANA, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

*This is an official court notice. You are <u>not</u> being sued. This is <u>not</u> an ad for a lawyer.*

*For more information, visit www.zoominforightofpublicitysettlement.com.*

This notice is to inform you that a Settlement has been reached in a class action lawsuit between residents in Indiana and certain other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo"). ZoomInfo operates a website, ZoomInfo.com, that provides directory services offering information about people. The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business address, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website. The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo.com. Defendant denies that it violated any law. The Court has not decided who is right or wrong. Please read this notice carefully. Your legal rights are affected whether you act or don't act.

<u>**Who is included in the Settlement Class?**</u> Our records indicate that you may be included in the Indiana Settlement Class. The Indiana Settlement Class includes all Indiana residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between March 27, 2022 and March 27, 2024.

<u>**What can I get out of the Settlement?**</u> If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment. The payment is estimated to be approximately $740.77 to $1,481.54 but could be more or less depending on the number of Approved Claims in your state. This amount is an equal share of a $2,302,080 fund that Defendant agreed to create for the Indiana Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award. Separate funds were created for individuals from other states.

**How do I get my payment?** Just complete and verify the short and simple Claim Form online here, or you can visit www.zoominforightofpublicitysettlement.com and download a paper Claim Form and submit it by mail. By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check. ***All Claim Forms must be submitted online or postmarked by November 4, 2024.***

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement. If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement. You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court. If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns. Specific instructions about how to object or exclude yourself from the Settlement Class are available at www.zoominforightofpublicitysettlement.com. ***All Requests for Exclusion or Objections must be received by November 4, 2024.***

**Do I have a lawyer?** Yes. The Court appointed lawyers from the law firms Edelson PC and Bursor & Fisher, PA as "Class Counsel." They represent you and other Indiana Settlement Class Members. You can hire your own lawyer, but you'll need to pay that lawyer's legal fees. The Court chose Carl Florian—a class member like you—to represent the Indiana Settlement Class.

**When will the Court approve the settlement?** The Court will hold a Final Approval Hearing on November 21, 2024, at 9:50 a.m. before the Honorable Charles P. Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court. During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Indiana Settlement Fund and an incentive award of $1,000 to the Class Representative. The request will be posted on the Settlement Website by October 4, 2024.

# EXHIBIT N

Ramos et al v. ZoomInfo Technologies, LLC – Email Notice

From: donotreply@zoominforightofpublicitysettlement.com
To: «Class Member Email»
Re: Legal Notice of Proposed Class Action Settlement – Nevada Settlement Class

---

**Class Member Name:** «Firstname» «Lastname»
**Class Member ID:** «SIMID»
**Notice ID:** «Claim Login ID»
**PIN:** «PIN»

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Ramos, et al. v. ZoomInfo Technologies, LLC*, No. 21-cv-02032 (N.D. Ill.)

**OUR RECORDS INDICATE SOMEONE VIEWED YOUR NAME ON ZOOMINFO.COM BETWEEN MARCH 27, 2022 AND MARCH 27, 2024. IF YOU LIVED IN NEVADA, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

*This is an official court notice. You are <u>not</u> being sued. This is <u>not</u> an ad for a lawyer.*

*For more information, visit www.zoominforightofpublicitysettlement.com.*

This notice is to inform you that a Settlement has been reached in a class action lawsuit between residents in Nevada and certain other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo"). ZoomInfo operates a website, ZoomInfo.com, that provides directory services offering information about people. The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business address, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website. The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo.com. Defendant denies that it violated any law. The Court has not decided who is right or wrong. Please read this notice carefully. Your legal rights are affected whether you act or don't act.

**<u>Who is included in the Settlement Class?</u>** Our records indicate that you may be included in the Nevada Settlement Class. The Nevada Settlement Class includes all Nevada residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between March 27, 2022 and March 27, 2024.

**<u>What can I get out of the Settlement?</u>** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment. The payment is estimated to be approximately $971.24 to $1,942.47 but could be more or less depending on the number of Approved Claims in your state. This amount is an equal share of a $1,331,055.00 fund that Defendant agreed to create for the Nevada Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award. Separate funds were created for individuals from other states.

**How do I get my payment?** Just complete and verify the short and simple Claim Form online here, or you can visit www.zoominforightofpublicitysettlement.com and download a paper Claim Form and submit it by mail. By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check. ***All Claim Forms must be submitted online or postmarked by November 4, 2024.***

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement. If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement. You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court. If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns. Specific instructions about how to object or exclude yourself from the Settlement Class are available at www.zoominforightofpublicitysettlement.com. ***All Requests for Exclusion or Objections must be received by November 4, 2024.***

**Do I have a lawyer?** Yes. The Court appointed lawyers from the law firms Edelson PC and Bursor & Fisher, PA as "Class Counsel." They represent you and other Nevada Settlement Class Members. You can hire your own lawyer, but you'll need to pay that lawyer's legal fees. The Court chose Francis Lauritzen— a class member like you—to represent the Nevada Settlement Class.

**When will the Court approve the settlement?** The Court will hold a Final Approval Hearing on November 21, 2024, at 9:50 a.m. before the Honorable Charles P. Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court. During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Nevada Settlement Fund and an incentive award of $750 to the Class Representative. The request will be posted on the Settlement Website by October 4, 2024.

# EXHIBIT O

This notice concerns a class action lawsuit against ZoomInfo in California and other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo") ZoomInfo operates a website, ZoomInfo com, that provides directory services offering information about people  The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business addresses, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website  The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo com  Defendant denies that it violated any law  The Court has not decided who is right or wrong  Please read this notice carefully  Your legal rights are affected whether you act or don't act

**Who is included in the Settlement Class?** Our records indicate that you may be included in the California Settlement Class  The California Settlement Class includes all California residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between January 9, 2020, and March 27, 2024

**What can I get out of the Settlement?** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment  The payment is estimated to be approximately $108 43 to $216 86 but could be more or less depending on the number of Approved Claims in your state  This amount is an equal share of a $14,228,617 50 fund that Defendant agreed to create for the California Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award  Separate funds were created for individuals from other states

**How do I get my payment?** Just complete and return the attached Claim Form by mail, or you can visit the Settlement Website, www zoominforightofpublicitysettlement com, and submit a Claim Form online  By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check  *All Claim Forms must be postmarked or submitted online by November 4, 2024.*

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement  If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement  You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court  If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns  Specific instructions about how to object or exclude yourself from the Settlement Class are available at www zoominforightofpublicitysettlement com  *All Requests for Exclusion or Objections must be received by November 4, 2024.*

**Do I have a lawyer?** Yes  The Court appointed lawyers from Edelson PC and Bursor & Fisher, PA as "Class Counsel "  They represent you and other California Settlement Class Members  You can hire your own lawyer, but you'll need to pay that lawyer's legal fees  The Court chose Kaitlin Brooks—a class member like you—to represent the California Settlement Class

**When will the Court approve the Settlement?** The Court will hold a Final Approval Hearing on November 21, 2024, at 9:50 a m before the Honorable Charles P  Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court  During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the California Settlement Fund and an incentive award of $750 to the Class Representative  The request will be posted on the Settlement Website by October 4, 2024

---



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 47  COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Ramos et al v. ZoomInfo Technologies, LLC**
**c/o Settlement Administrator**
**P.O. Box 25188**
**Santa Ana, CA 92799**

**Ramos et al v. Zoominfo Technologies, LLC**
c/o Settlement Administrator
P.O. Box 25188
Santa Ana, CA 92799

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

<u>COURT AUTHORIZED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT</u>

**OUR RECORDS INDICATE SOMEONE SEARCHED YOUR NAME ON ZOOMINFO.COM BETWEEN JANUARY 9, 2020 AND MARCH 27, 2024. IF YOU LIVED IN CALIFORNIA, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

# «IMb؛ullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State» «Zip»

SIMID «SIMID»

By Order of the Court Dated: June 12, 2024

------------------------------------------------------------------------

## CLAIM FORM

**Class Member Name: «FirstName» «LastName»**     **Class Member ID: «SIMID»**

**Mailing Address: «Address1» «Address2»**     **PIN: «ClaimLoginPIN»**
**«City», «State» «Zip»**     **Notice ID: «ClaimLoginID»**

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY **NOVEMBER 4, 2024** AND MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT

**Instructions:** Fill out each section of this form and sign where indicated  If you prefer to receive payment via Venmo or Zelle, you must submit a Claim Form online on the Settlement Website at www.zoominforightofpublicitysettlement com  If you submit this paper Claim  Form by mail and it is approved, you will receive a check in the mail at the address you provide below

New Mailing Address (*only complete if incorrect above*): _____

City: _____  State: ___ ___  Zip Code: ___ ___ ___ ___ ___

Email Address (optional):_____

Contact Phone #: ( ___ ___ ___) ___ ___ ___ – ___ ___ ___ ___  (You may be contacted if further information is required )

[ ] By checking this box I affirm that I was a resident of California between January 9, 2020 and March 27, 2024 and submit this claim form as a member of the California Settlement Class

Signature: _____     Date: _____/_____/_____

Print Name: _____

The Settlement Administrator will review your Claim Form  If accepted, you will be mailed a check payment for an equal share of your state's State-Specific Settlement Fund based on the number of valid Claim Forms received and after first deducting Settlement Administration Expenses, any Fee Award, and any incentive award to the California Settlement Class Representative, as approved by the  Court  This process takes time; please be patient

**Questions? Visit www.zoominforightofpublicitysettlement.com or call toll-free (866) 602-7871.**     «Barcode_200149»

# EXHIBIT P

this type of Illinois lawsuit as a class action. A very similar case is also proceeding in other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo") ZoomInfo operates a website, ZoomInfo com, that provides directory services offering information about people The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business addresses, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo com Defendant denies that it violated any law The Court has not decided who is right or wrong Please read this notice carefully Your legal rights are affected whether you act or don't act

**Who is included in the Settlement Class?** Our records indicate that you may be included in the Illinois Settlement Class The Illinois Settlement Class includes all Illinois residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between April 15, 2020, and March 27, 2024

**What can I get out of the Settlement?** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment The payment is estimated to be approximately $145 93 to $291 85 but could be more or less depending on the number of Approved Claims in your state This amount is an equal share of a $11,695,860 00 fund that Defendant agreed to create for the Illinois Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award Separate funds were created for individuals from other states

**How do I get my payment?** Just complete and return the attached Claim Form by mail, or you can visit the Settlement Website, www zoominforightofpublicitysettlement com, and submit a Claim Form online By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check *All Claim Forms must be postmarked or submitted online by November 4, 2024.*

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns Specific instructions about how to object or exclude yourself from the Settlement Class are available at www zoominforightofpublicitysettlement com *All Requests for Exclusion or Objections must be received by November 4, 2024.*

**Do I have a lawyer?** Yes The Court appointed lawyers from Edelson PC and Bursor & Fisher, PA as "Class Counsel " They represent you and other Illinois Settlement Class Members You can hire your own lawyer, but you'll need to pay that lawyer's legal fees The Court chose Joselyn Ramos—a class member like you—to represent the Illinois Settlement Class

**When will the Court approve the Settlement?** The Court will hold a Final Approval Hearing on November 21, 2024, at 9:50 a m before the Honorable Charles P Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Illinois Settlement Fund and an incentive award of $1,000 to the Class Representative The request will be posted on the Settlement Website by October 4, 2024

---



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 47  COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Ramos et al v. ZoomInfo Technologies, LLC**
**c/o Settlement Administrator**
**P.O. Box 25188**
**Santa Ana, CA 92799**

**Ramos et al. v. Zoominfo Technologies, LLC**
c/o Settlement Administrator
P.O. Box 25188
Santa Ana, CA 92799

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

COURT AUTHORIZED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

**OUR RECORDS INDICATE SOMEONE SEARCHED YOUR NAME ON ZOOMINFO.COM BETWEEN APRIL 15, 2020 AND MARCH 27, 2024. IF YOU LIVED IN ILLINOIS, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

# «IMbⱼullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State» «Zip»

SIMID «SIMID»

By Order of the Court Dated: June 12, 2024

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CLAIM FORM

**Class Member Name: «FirstName» «LastName»**

**Class Member ID: «SIMID»**

**Mailing Address: «Address1» «Address2»**
**«City», «State» «Zip»**

**PIN: «ClaimLoginPIN»**
**Notice ID: «ClaimLoginID»**

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY **NOVEMBER 4, 2024** AND MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT

**Instructions:** Fill out each section of this form and sign where indicated  If you prefer to receive payment via Venmo or Zelle, you must submit a Claim Form online on the Settlement Website at www.zoominforightofpublicitysettlement.com  If you submit this paper Claim  Form by mail and it is approved, you will receive a check in the mail at the address you provide below

New Mailing Address (*only complete if incorrect above*): _____

City: _____  State: ___ ___  Zip Code: ___ ___ ___ ___ ___

Email Address (optional):_____

Contact Phone #: ( ___ ___ ___) ___ ___ ___ – ___ ___ ___ ___  (You may be contacted if further information is required )

[ ] By checking this box I affirm that I was a resident of California between January 9, 2020 and March 27, 2024 and submit this claim form as a member of the California Settlement Class

Signature: _____  Date: _____/_____/_____

Print Name: _____

The Settlement Administrator will review your Claim Form  If accepted, you will be mailed a check payment for an equal share of your state's State-Specific Settlement Fund based on the number of valid Claim Forms received and after first deducting Settlement Administration Expenses, any Fee Award, and any incentive award to the California Settlement Class Representative, as approved by the  Court  This process takes time; please be patient

**Questions? Visit www.zoominforightofpublicitysettlement.com or call toll-free (866) 602-7871.**

«Barcode_200148»

# EXHIBIT Q

other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo") ZoomInfo operates a website, ZoomInfo com, that provides directory services offering information about people  The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business addresses, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website  The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo com  Defendant denies that it violated any law  The Court has not decided who is right or wrong  Please read this notice carefully  Your legal rights are affected whether you act or don't act

**Who is included in the Settlement Class?** Our records indicate that you may be included in the Indiana Settlement Class  The Indiana Settlement Class includes all Indiana residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between March 27, 2022, and March 27, 2024

**What can I get out of the Settlement?** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment  The payment is estimated to be approximately $740 77 to $1,481 54 but could be more or less depending on the number of Approved Claims in your state  This amount is an equal share of a $2,302,080 fund that Defendant agreed to create for the Indiana Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award  Separate funds were created for individuals from other states

**How do I get my payment?** Just complete and return the attached Claim Form by mail, or you can visit the Settlement Website, www zoominforightofpublicitysettlement com, and submit a Claim Form online  By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check  *All Claim Forms must be postmarked or submitted online by November 4, 2024.*

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement  If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement  You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court  If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns  Specific instructions about how to object or exclude yourself from the Settlement Class are available at www zoominforightofpublicitysettlement com  *All Requests for Exclusion or Objections must be received by November 4, 2024.*

**Do I have a lawyer?** Yes  The Court appointed lawyers from Edelson PC and Bursor & Fisher, PA as "Class Counsel "  They represent you and other Indiana Settlement Class Members  You can hire your own lawyer, but you'll need to pay that lawyer's legal fees  The Court chose Carl Florian—a class member like you—to represent the Indiana Settlement Class

**When will the Court approve the Settlement?** The Court will hold a Final Approval Hearing on November 21, 2024, at 9:50 a m before the Honorable Charles P  Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court  During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Indiana Settlement Fund and an incentive award of $1,000 to the Class Representative  The request will be posted on the Settlement Website by October 4, 2024

---



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 47  COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**Ramos et al v. ZoomInfo Technologies, LLC**
**c/o Settlement Administrator**
**P.O. Box 25188**
**Santa Ana, CA 92799**

**Ramos et al. v. Zoominfo Technologies, LLC**
c/o Settlement Administrator
P.O. Box 25188
Santa Ana, CA 92799

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

COURT AUTHORIZED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

**OUR RECORDS INDICATE SOMEONE SEARCHED YOUR NAME ON ZOOMINFO.COM BETWEEN MARCH 27, 2022 AND MARCH 27, 2024. IF YOU LIVED IN INDIANA, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

«IMb₁ullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
SIMID «SIMID»
«City», «State» «Zip»

By Order of the Court Dated: June 12, 2024

----------------------------------------------------------------------

**CLAIM FORM**

**Class Member Name: «FirstName» «LastName»**

**Class Member ID: «SIMID»**

**Mailing Address: «Address1» «Address2»**
**«City», «State» «Zip»**

**PIN: «ClaimLoginPIN»**
**Notice ID: «ClaimLoginID»**

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY **NOVEMBER 4, 2024** AND MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT

**Instructions:** Fill out each section of this form and sign where indicated  If you prefer to receive payment via Venmo or Zelle, you must submit a Claim Form online on the Settlement Website at www.zoominforightofpublicitysettlement com  If you submit this paper Claim  Form by mail and it is approved, you will receive a check in the mail at the address you provide below

New Mailing Address (*only complete if incorrect above*): _____

City: _____ State: ___ ___  Zip Code: ___ ___ ___ ___ ___

Email Address (optional):_____

Contact Phone #: ( ___ ___ ___) ___ ___ ___ – ___ ___ ___ ___  (You may be contacted if further information is required )

[ ] By checking this box I affirm that I was a resident of California between January 9, 2020 and March 27, 2024 and submit this claim form as a member of the California Settlement Class

Signature: _____      Date: _____/_____/_____

Print Name: _____

The Settlement Administrator will review your Claim Form  If accepted, you will be mailed a check payment for an equal share of your state's State-Specific Settlement Fund based on the number of valid Claim Forms received and after first deducting Settlement Administration Expenses, any Fee Award, and any incentive award to the California Settlement Class Representative, as approved by the  Court  This process takes time; please be patient

**Questions? Visit www.zoominforightofpublicitysettlement.com or call toll-free (866) 602-7871.**

«Barcode_200147»

# EXHIBIT R

This notice to you is about a settlement in a class action lawsuit involving residents of Nevada and certain other states and ZoomInfo Technologies, LLC ("Defendant" or "ZoomInfo") ZoomInfo operates a website, ZoomInfo com, that provides directory services offering information about people  The lawsuit claims that Defendant violated these states' right of publicity laws when it used individuals' full names, business addresses, work history, job title, and partial business phone number and work email address to advertise or promote subscriptions to ZoomInfo's website  The Settlement resolves claims by individuals who were searched for and had their names displayed in preview pages on ZoomInfo com  Defendant denies that it violated any law  The Court has not decided who is right or wrong  Please read this notice carefully  Your legal rights are affected whether you act or don't act

**Who is included in the Settlement Class?** Our records indicate that you may be included in the Nevada Settlement Class  The Nevada Settlement Class includes all Nevada residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between March 27, 2022, and March 27, 2024

**What can I get out of the Settlement?** If you're eligible and the Court approves the Settlement, you can file a claim to receive a cash payment  The payment is estimated to be approximately $971 24 to $1,942 47 but could be more or less depending on the number of Approved Claims in your state  This amount is an equal share of a $1,331,055 00 fund that Defendant agreed to create for the Nevada Settlement Class, after any Court-approved payment of Settlement expenses, attorneys' fees, and any incentive award  Separate funds were created for individuals from other states

**How do I get my payment?** Just complete and return the attached Claim Form by mail, or you can visit the Settlement Website, www zoominforightofpublicitysettlement com, and submit a Claim Form online  By submitting online, you can choose to receive your payment via Venmo, Zelle, or a check  *All Claim Forms must be postmarked or submitted online by November 4, 2024.*

**What are my options?** You can do nothing, comment on or object to any of the Settlement's terms, or exclude yourself from the Settlement  If you do nothing, you won't get a payment, and you won't be able to sue ZoomInfo in a future lawsuit about the claims addressed in the Settlement  You can also comment on or object to the Settlement if you disagree with any of its terms by writing to the Court  If you exclude yourself, you won't get a payment, but you'll keep your right to sue ZoomInfo regarding the issues the Settlement concerns  Specific instructions about how to object or exclude yourself from the Settlement Class are available at www zoominforightofpublicitysettlement com  *All Requests for Exclusion or Objections must be received by November 4, 2024.*

**Do I have a lawyer?** Yes  The Court appointed lawyers from Edelson PC and Bursor & Fisher, PA as "Class Counsel " They represent you and other Nevada Settlement Class Members  You can hire your own lawyer, but you'll need to pay that lawyer's legal fees  The Court chose Francis Lauritzen—a class member like you—to represent the Nevada Settlement Class

**When will the Court approve the Settlement?** The Court will hold a Final Approval Hearing on November 21, 2024, at 9:50 a m before the Honorable Charles P  Kocoras in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 or via remote means as instructed by the Court  During the hearing, the Court will hear objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Nevada Settlement Fund and an incentive award of $750 to the Class Representative  The request will be posted on the Settlement Website by October 4, 2024

---

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 47  COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

**Ramos et al v. ZoomInfo Technologies, LLC**
**c/o Settlement Administrator**
**P.O. Box 25188**
**Santa Ana, CA 92799**

**Ramos et al. v. Zoominfo Technologies, LLC**
c/o Settlement Administrator
P.O. Box 25188
Santa Ana, CA 92799

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

COURT AUTHORIZED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

**OUR RECORDS INDICATE SOMEONE SEARCHED YOUR NAME ON ZOOMINFO.COM BETWEEN MARCH 27, 2022 AND MARCH 27, 2024. IF YOU LIVED IN NEVADA, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

«IMb₁ullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State» «Zip»

SIMID «SIMID»

By Order of the Court Dated: June 12, 2024

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CLAIM FORM

**Class Member Name: «FirstName» «LastName»**

**Class Member ID: «SIMID»**

**Mailing Address: «Address1» «Address2»**
**«City», «State» «Zip»**

**PIN: «ClaimLoginPIN»**
**Notice ID: «ClaimLoginID»**

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY **NOVEMBER 4, 2024** AND MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT

**Instructions:** Fill out each section of this form and sign where indicated  If you prefer to receive payment via Venmo or Zelle, you must submit a Claim Form online on the Settlement Website at www.zoominforightofpublicitysettlement.com  If you submit this paper Claim  Form by mail and it is approved, you will receive a check in the mail at the address you provide below

New Mailing Address (*only complete if incorrect above*): _____

City: _____ State: ___ ___  Zip Code: ___ ___ ___ ___ ___

Email Address (optional):_____

Contact Phone #: ( ___ ___ ___) ___ ___ ___ – ___ ___ ___ ___  (You may be contacted if further information is required )

[ ] By checking this box I affirm that I was a resident of California between January 9, 2020 and March 27, 2024 and submit this claim form as a member of the California Settlement Class

Signature: _____     Date: _____/_____/_____

Print Name: _____

The Settlement Administrator will review your Claim Form  If accepted, you will be mailed a check payment for an equal share of your state's State-Specific Settlement Fund based on the number of valid Claim Forms received and after first deducting Settlement Administration Expenses, any Fee Award, and any incentive award to the California Settlement Class Representative, as approved by the  Court  This process takes time; please be patient

**Questions? Visit www.zoominforightofpublicitysettlement.com or call toll-free (866) 602-7871.**

«Barcode_200146»

# EXHIBIT S

## #85830 Request for exclusion in Ramos, et al. v. ZoomInfo Technologies, LLC, No. 21-cv-02032 (N.D. Ill.)

| Submitted | | Received via | Requester | | |
|---|---|---|---|---|---|
| October 14, 2024 at 10:50 AM | | Mail | Onkur Sen <onkursen@gmail.com> | | |

| Assignee | Group | Type | Priority | Status category | Ticket status |
|---|---|---|---|---|---|
| Paulo Villegas | Support (All) | Question | Normal | Solved | Solved |

**Contact Disposition**
Opt-Out

**Onkur Sen**  October 14, 2024 at 10:50 AM

To whom it may concern,

My name is Onkur Sen, and my current address is: 298 Waters Park Cir Unit 303, San Mateo, CA, 94403.

I hereby request to be excluded from the proposed Settlement Class in Ramos, et al. v. ZoomInfo Technologies, LLC, No. 21-cv-02032 (N.D. Ill.). I am seeking exclusion as a member of the California Settlement Class.

Thank you for your assistance in this matter.

Onkur Sen

**Paulo Villegas**  October 24, 2024 at 1:04 PM

Thank you for your email.
We confirm that your exclusion has been received.
For more information, we recommend visiting the settlement website at
www.zoominforightofpublicitysettlement.com. Alternatively, you may contact our toll-free number at (866) 602-7871 to listen to a summary of the case.
Should you have any further questions, please feel free to reach out at your convenience.
Best regards,
Settlement Administrator

Support Software by **Zendesk**

2 6 9 7 3 8

# EXHIBIT T

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Joselyn Ramos, Kaitline Brooks, Carl Florian, and Francis Lauritzen, *individually and on behalf of all others similarly situated*, | |
| Plaintiffs, | **Case No. 1:21-cv-02032** District Judge Charles R. Kocoras |
| v. | |
| ZOOMINFO TECHNOLOGIES LLC, a Delaware limited liability company, | MOTION TO OBJECT TO CLASS ACTION SETTLEMENT |
| Defendant. | |

Plaintiff **SETH PATINKIN** (herein, "Plaintiff"), identified in the class of similarly situated individuals as the named plaintiffs hereunder, hereby objects to the proposed class action settlement and attorneys fees hereunder in accordance with the orders of the Court signed on June 12 2024, July 3 2024 and September 24 2024 hereunder and states as follows:

I.      Plaintiff Seth Patinkin is indeed an Illinois class member as defined hereunder.

Per the operative pleading, Illinois class members are duly described (Dkt[99] at ¶ 38):

**Illinois Class**: All Illinois residents whose identity was the subject of a directory preview page published by ZoomInfo and viewed for the first time between April 15, 2020 and March 27, 2024.

Plaintiff's identity was the subject of a ZoomInfo preview page (**Exhibit 1**). Per the Certification of Seth Patinkin attached as **Exhibit 3**, Plaintiff Seth Patinkin has resided continuously in Illinois since 2005 and the ZoomInfo preview page continued in **Exhibit 1** was published and viewed for the first time in late 2021. His claim form is attached (**Exhibit 4**).

II.     Diligence in noticing Class Members hereunder is evidently unsatisfactory.

Plaintiff notes that he was neither noticed as an Illinois class member nor accepted upon completion of the online class member confirmation tool set up by the attorneys hereunder (**Exhibit 2**, **Exhibit 3** at ¶ 7).

As to Plaintiff, his contact details associated with his employer's New York City office were published by ZoomInfo (**Exhibit 1**, **Exhibit 3** at ¶¶ 2-3). Plaintiff suspects this paradigm – wherein ZoomInfo has acquired "headquarters office" contact details for persons it has profiled online – is far from unique (**Exhibit 3** at ¶ 6). Given Plaintiff's professional familiarity with the crafting and implementation of computer algorithms (Exhibit 3 at ¶¶ 1,4), he believes there is a simple explanation for the incapable online class member assessment tool released by the attorneys hereunder. To wit, the ZoomInfo pages wherein contact details reflected headquarters office information wherein such office is not located in a delineated state hereunder have been misapprehended as proof that the persons profiled do not reside in a delineated state hereunder. Such a logical failure is evident here.

Furthermore, Plaintiff opines there is a vast segment of persons with ZoomInfo preview pages viewed initially during the required interval for class membership, but for whom "headquarters" office information in a state of non-qualifying residence has been listed (**Exhibit 3** at ¶¶ 6-7).

What is more egregious is that Plaintiff has identified publicly traded professional employer organization TriNet Group Inc as responsible for peddling contact details in bulk data sales to ZoomInfo (**Exhibit 3** at ¶¶ 5, 6, 9). In the process, ZoomInfo and TriNet Group Inc both

profit handsomely at the expense of unknowing persons whose details are published. The profitability is moreover exaggerated in the financial services industry, in which Plaintiff works.

III.   Plaintiff objects to the proposed settlement.

The anticipated payouts to the class members here are far less than other data breach cases such as *Bedford v. Lifespace Communities, Inc.*, No. 20-cv-04574, dkt. 32 ¶ 4 (N.D. Ill. May 12, 2021) (incentive award of $10,000 in Illinois Biometric Information Privacy Act ("BIPA") case). Furthermore, the opportunity for the class members is beset by algorithmic errors in the class membership online tool as described above.

Moreover, under *res judicata*, the plaintiffs only get one bite of the apple here with respect to the harms visited upon them by ZoomInfo's pattern and practice of using and abusing their contact details. It is likely too late to implead TriNet Group Inc hereunder, but it is not too late to ask for a more appropriate settlement in keeping with the especially handsome profits ZoomInfo has likely experienced as a result of its bulk data buys from TriNet Group Inc (Exhibit 3 at ¶¶ 6, 9). The current aggregation of settlement funds is unreasonably small given the failure by the attorneys hereunder to expose the involvement of TriNet Group Inc.

IV.   Plaintiff objects to the proposed attorneys fees.

The risks of non-recovery are overstated. Had the attorneys hereunder done proper investigation and due diligence, they would have discovered very substantial claims lie against ZoomInfo for its illicit and actionable procurement of contact details of unwitting persons per its bulk data buys from TriNet Group Inc. The fact that these bulk data buys have not been exposed in this litigation is reflective of a very lazy attitude by the attorneys hereunder whom are undoubtedly used to getting fat payouts under a likely pattern of truly mediocre investigative

work spanning decades and dozens of matters.

## **CONCLUSION**

In accordance with the requirements articulated under Dkt[111] ¶¶ 13-17, Plaintiff SETH

PATINKIN hereby lodges his objection on his own behalf on and on behalf of all similarly

situated Illinois class members whose contact details were procured by ZoomInfo from TriNet

Group Inc because for these persons there has been a double edged abuse: both ZoomInfo and

TriNet Group Inc have profited handsomely without the authorization or consent of the profiled

persons. Plaintiff SETH PATINKIN hereby encourages the Court to review documentary

evidence of the bulk data buys by ZoomInfo as to persons employed by customers of TriNet

Group Inc. Fortunately because TriNet Group Inc. is publicly traded, many of its financial filings

are readily obtainable from the SEC website. Plaintiff hereby intends to attend the Final

Approval Hearing set for November 21, 2024 at 9:50 a.m (Dkt[121].

WHEREAS, the Court has set a deadline of November 4 2024 for objection:

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff SETH PATINKIN

hereby lodges his objection to the proposed class action settlement and proposed attorneys fees

hereunder.

Dated: November 4, 2024                         Respectfully Submitted,

                                                SETH PATINKIN, *In Pro Se*

                                                /s/ Seth Patinkin
                                                1509 Waukegan Rd #1032
                                                Glencoe, IL 60025
                                                Email: sethp1007@gmail.com
                                                Tel: 847-718-8772

## **CERTIFICATE OF SERVICE**

This undersigned certifies that this motion was electronically filed with the clerk of this

Court on November 04 2024 and was provided via email to Class Counsel and Defendant's

Counsel who have filed appearances in the above-captioned matter and are listed below:

*Class Counsel*:
Michael W. Ovca
movca@edelson.com
Edelson P.C.
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654

*Defendant's Counsel*:
Martin L. Roth
rothm@kirkland.com
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654

*/s/ Seth Patinkin*
Seth Patinkin

**EXHIBIT 1**





**Motion to Object to ZoomInfo Class Action Settlement**

**EXHIBIT 2**



**Motion to Object to ZoomInfo Class Action Settlement**

**EXHIBIT 3**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Joselyn Ramos, Kaitline Brooks, Carl Florian, and Francis Lauritzen, *individually and on behalf of all others similarly situated*, | |
| Plaintiffs, | **Case No. 1:21-cv-02032** |
| v. | District Judge Charles R. Kocoras |
| ZOOMINFO TECHNOLOGIES LLC, a Delaware limited liability company, | |
| Defendant. | |

**CERTIFICATION OF SETH PATINKIN**

1.      I am a Princeton University trained mathematician and I work as a quantitative Portfolio Manager on Wall Street wherein my work relates to developing and coding algorithms for detecting and monetizing price trends and mis-pricings in various financial instruments traded on regulated exchanges. I have also resided full-time in Cook County, Illinois since 2005.

2.      In this capacity as a Portfolio Manager, I have worked for a number of hedge funds which have substantial ties to New York City. However, my work has been conducted in the Chicago area. Since June 2021 I have worked exclusively out of my home office in Glencoe or an office

located at 707 Skokie Blvd in Northbrook.

3.     In June 2021, I commenced work at Centiva Capital LP and a few months later I observed for the first time an unauthorized listing of my work contact details at Centiva Capital LP on a ZoomInfo preview page. A true and accurate screenshot of that preview page is contained in **Exhibit 1**.

4.     Indeed, since at least 2011, I have utilized Internet-scraping algorithms to monitor various news-related topics in connection with my work as a Portfolio Manager. I also deploy those same algorithms to monitor my own personal footprint on the Internet. Prior to late 2021, these algorithms had not identified any posting of my personal information by ZoomInfo.

5.     I have performed extensive research in connection with preparing legal claims against TriNet Group Inc over the course of the last four months. TriNet Group Inc is a professional employer organization which has tens of thousands of companies as customers.  Those legal claims relate to negligence by TriNet Group Inc relating to performance of HR and compliance-related services provided for Centiva Capital LP which have impacted me personally.

6.     Based on this research, I have strong reason to believe that TriNet Group Inc has been peddling the contact details of the employees of the companies who use its services wherein "headquarters office" contact details are disseminated in bulk data sales to ZoomInfo.

7.      The attorneys in these proceedings have failed to notice me as an Illinois class member, and the online Class Member Eligibility tool failed to affirmatively include me in the class.  I suspect the tool failed because New York headquarters office details were published as to myself.

8.      However, because my ZoomInfo preview page was observed on the Internet for the first time in late 2021 (after I had indeed commenced work at Centiva Capital LP in June 2021), and I have at all times resided in Illinois, I am in fact an Illinois class member.

9.      According to financial reports published by TriNet Group Inc., it makes substantial and disproportionate revenue from its financial services industry corporate customers. I believe in turn that ZoomInfo has paid TriNet Group Inc handsomely – and accordingly profited significantly – for contact details of persons in the financial services industry like myself. All the while, these persons whose details have been unknowingly compromised have received zero consideration from either ZoomInfo or TriNet Group Inc.

I swear under the penalty of perjury that the foregoing statements are true.

Seth Patinkin

_Seth_____

SIGNED

04 November 2024
_____

DATED

## EXHIBIT 4

## CLAIM FORM

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
*Ramos, et al. v. ZoomInfo Technologies, LLC*, No. 21-cv-02032 (N.D. Ill.)

**Instructions**: You may be eligible for a payment as part of the Settlement for this case. Fill out each section of this form and sign where indicated. THIS CLAIM FORM MUST BE SUBMITTED BY **SEPTEMBER 22, 2024** AND MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT.

| **First Name** | | **Last Name** | |
|---|---|---|---|
| SETH | | PATINKIN | |
| **Street Address** | | | |
| 1509 WAUKEGAN RD #1032 | | | |
| **City** | **State** | | **ZIP Code** |
| GLENVIEW | IL | | 60025 |
| **Email Address (Optional)** | | | |
| sethp1007@gmail.com | | | |
| **Contact Phone #:** (You may be contacted if further information is required) | | | |
| 847-718-8772 | | | |

By checking one of the boxes below, I affirm that I was a resident of the selected state during the relevant time period and submit this Claim Form as a member of that state's Settlement Class (**mark only one box**):

☐ California Settlement Class: I affirm that I was a resident of California between January 9, 2020 and March 27, 2024.

☑ Illinois Settlement Class: I affirm that I was a resident of Illinois between April 15, 2020 and March 27, 2024.

☐ Indiana Settlement Class: I affirm that I was a resident of Indiana between March 27, 2022 and March 27, 2024.

☐ Nevada Settlement Class: I affirm that I was a resident of Nevada between March 27, 2022 and March 27, 2024.

Signature: _____     Date: ___11_/_02_/_2024___

The Settlement Administrator will review your Claim Form. If accepted, you will receive payment for an equal, or *pro rata*, share of the settlement fund for your state depending on the number of valid Claim Forms received. This process takes time; please be patient.

**Questions? Visit www.zoominforightofpublicitysettlement.com or call toll-free (866) 602-7871**