# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
## Eastern Division

Joselyn Ramos, et al.
          Plaintiff,

v.                  Case No.: 1:21−cv−02032
                  Honorable Charles P. Kocoras

ZoomInfo Technologies, LLC
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2024:

   MINUTE entry before the Honorable Charles P. Kocoras: Telephonic motion hearing held on 11/21/2024. For reasons stated on the record, Plaintiff's motion for settlement final approval [129] and motion for attorneys' fees, expenses, and incentive awards [122] are granted. Motion to object to class action settlement [127] is dismissed. Enter final judgment and order of dismissal to follow. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.